**ANITA P. ARRIOLA, ESQ.**
**JOAQUIN C. ARRIOLA, JR., ESQ.**
**JACQUELINE T. TERLAJE, ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734



FILED

DISTRICT COURT OF GUAM

MAR 1 4 2005

MARY L.M. MORAN
CLERK OF COURT



Counsel for Plaintiff
LOUIS VUITTON MALLETIER

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. **05-00010** |
| ) | |
| Plaintiff, ) | |
| ) | **VERIFIED COMPLAINT FOR** |
| vs. ) | **TRADEMARK INFRINGEMENT,** |
| ) | **TRADEMARK COUNTERFEITING,** |
| LIN'S JEWELRY CO. and DOES I ) | **FALSE DESIGNATION OF ORIGIN,** |
| THROUGH XX. ) | **PERMANENT INJUNCTION, AND** |
| ) | **DAMAGES** |
| Defendants. ) | |
| _____ ) | |

### Jurisdiction and Venue

1.      This is a complaint for trademark and trade dress infringement, trademark counterfeiting, false designation of origin and unfair competition arising under the Trademark Act of 1946, 15 U.S.C. § 1051 et seq. (hereinafter the "Lanham Act"), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (hereinafter the "Counterfeiting Act"). This Court has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(a) and 1338(b); 15 U.S.C. §§ 1114, 1116, 1121 and 1125; and 48 U.S.C. § 1424.

2.      Venue properly lies in this District pursuant to 28 U.S.C. § 1391(b) and 1391(c) because defendants are doing business in this District and because the unlawful acts of all defendants have occurred and continue to occur in this District.

ORIGINAL

## The Parties

3.     Plaintiff LOUIS VUITTON MALLETIER ("LOUIS VUITTON") is a France corporation, having its principal place of business at 2, Rue du Pont-Neuf, 75001 Paris, France. LOUIS VUITTON has an affilated office in Guam at Pacific Place, Level 3, Suite 302, 1411 Pale San Vitores Road, Tumon, Guam.

4.     Defendant Lin's Jewelry Co. ("Lin's Jewelry") is a Guam corporation, licensed to do business in Guam and is conducting business in Guam. Lin's Jewelry operates and maintains several stores in Guam at the following locations: one store in East Hagatna, two stores at Micronesia Mall in Dededo, two stores at the Guam Plaza Hotel in Tumon, and one store at Sateena Mall in Dededo. A store at Guam Premier Outlets in Tamuning is currently closed due to renovation.

5.     The true names and capacities of the individuals, corporations or other entities named herein as defendants DOES I - XX are unknown to plaintiff, who consequently sues said defendants by such fictitious names. Plaintiff will seek leave to amend the complaint to state their true names and capacities when they have been ascertained.

## Factual Allegations

6.     LOUIS VUITTON and its affiliated companies and licensees for many years have been and are now manufacturing, developing, promoting, marketing, and distributing finely crafted jewelry, luggage, handbags, clothing, accessories and related items, and other goods, under the trademarks LOUIS VUITTON and the "LV" monogram design. LOUIS VUITTON was one of the pioneer specialty merchandisers selling fine luggage and travel accessories to the luxury market in this country.

-2-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

7. LOUIS VUITTON is the owner of trademarks consisting of, among others, the words LOUIS VUITTON and a distinctive "LV" monogram logo trademark. LOUIS VUITTON's trademarks were entered on the Principal Trademark Register of the United States Patent and Trademark Office as Registered Trademark Nos. 1,938,808; 2,904,197; 2,773,107; 2,657,903; 2,346,373; 2,177,828; 2,181,753, respectively. (True, certified copies of these registrations belonging or licensed to plaintiff LOUIS VUITTON are annexed hereto as Exhibits A through G, and made a part hereof).

8. For many years prior to the acts of defendants complained of herein, LOUIS VUITTON has been and now is producing, advertising, offering for sale and selling various merchandise bearing one or more of its trademarks, including trunks, luggage, travel accessories, jewelry, handbags, small leather goods such as keycases, wallets, cigarette cases, belts, apparel, scarves, and various garments and other merchandise, in interstate commerce. Using its trademarks, LOUIS VUITTON has established an outstanding reputation throughout the United States and the world as a supplier of high quality fashionable travel merchandise.

9. LOUIS VUITTON has, for many years, expended great time, effort, and money in the promotion and advertisement of its products under its marks and names including LOUIS VUITTON and the "LV" monogram design. This extensive promotion includes advertisements, articles, and news releases in local, national and international magazines and newspapers. As a result of their widespread and continuous use and promotion, the LOUIS VUITTON marks and names have become famous in identifying LOUIS VUITTON as the exclusive source of a variety of high quality and fashionable travel merchandise which is distinguishable from the goods of others.

-3-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

10.     LOUIS VUITTON's merchandise is manufactured in Europe and sold through a supplier in Hong Kong. LOUIS VUITTON goods are sold and shipped throughout the world.

11.     Plaintiff LOUIS VUITTON is informed and believe and thereon alleges that defendants import, export, sell and/or distribute jewelry, including but not limited to bracelets, charms and pendants, which bear counterfeits of the LOUIS VUITTON and "LV" monogram design (collectively "Counterfeit Merchandise"), in this District. Defendants are not authorized by plaintiff LOUIS VUITTON to buy, sell or distribute LOUIS VUITTON brand goods. Defendants' retail activities in Guam include selling such Counterfeit Merchandise to Guam consumers.

12.     On information and belief, defendants have sold, offered for sale, and conspicuously displayed copies, reproductions, duplicates and imitations of one or more of LOUIS VUITTON's trademarks. The Counterfeit Merchandise is of the same general nature and type as the merchandise manufactured, distributed or authorized to be sold by LOUIS VUITTON, and defendants' use is likely, and is intended, to cause confusion to purchasers and to deceive the public into purchasing defendants' inferior merchandise, believing that they are LOUIS VUITTON's products. Defendants have intentionally and willfully attempted to trade upon the goodwill created by LOUIS VUITTON in their trademarks, trade names and trade dresses.

13.     Moreover, upon information and belief, defendants have made oral misrepresentations to potential customers that defendants' merchandise are intentional copies of and equal in quality to the merchandise sold by LOUIS VUITTON.

14.     By misappropriating and using the LOUIS VUITTON trademarks, defendants have misrepresented and falsely described to the general public the origin and source of the Counterfeit

-4-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

Merchandise so as to deceive the public and deliberately create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Counterfeit Merchandise.

15. The Counterfeit Merchandise described above is of quality inferior to that sold and/or authorized to be sold by plaintiff and the sale thereof has and will continue to damage and dilute the goodwill plaintiff has developed in connection with the sale of legitimate, authorized high quality merchandise.

16. The unlawful activities of defendants result in irreparable harm and injury to plaintiff. Defendants' unlawful activities deprive plaintiff of its absolute right to determine the manner in which their images are presented to the general public through merchandising; deceive the public as to the origin and sponsorship of such merchandise; wrongfully trade upon and derive financially from plaintiff's reputation, commercial value and exclusive rights in their trademarks; and, to the extent the Counterfeit Merchandise is of inferior quality, irreparably harms and injures the reputation of plaintiff.

17. Defendants' activities as aforesaid cause and will cause injury to LOUIS VUITTON and its reputation, names, and trademarks. Plaintiff has no adequate remedy at law and has suffered, and will continue to suffer, immediate and irreparable harm and damage as a result of defendants' acts, if an injunction is not granted.

## COUNT I

### FEDERAL TRADEMARK INFRINGEMENT

18. Plaintiff realleges and incorporates by reference herein the allegations set forth in paragraphs 1 through 17 of this Complaint as if fully set forth herein.

-5-

19.     Defendants' aforesaid use of the LOUIS VUITTON Trademarks, on and in connection with their counterfeit goods, infringes upon plaintiff's exclusive rights in their federally registered trademarks, in violation of the Lanham Act, 15 U.S.C. § 1114, as amended, and 15 U.S.C. § 1051, et seq.

20.     Upon information and belief, notwithstanding LOUIS VUITTON's common law and statutory rights in their trademarks, and with knowledge or at least constructive notice of plaintiff's trademarks and federal registration rights, defendants are selling, trafficking in, importing, distributing and/or offering for sale various types of jewelry and other merchandise upon which are imprinted counterfeit imitations or copies of one or more of LOUIS VUITTON's registered trademarks. Plaintiff has never authorized or consented in any way to the use by defendants of their registered trademarks, or authorized defendants as distributor of plaintiff's goods in order to give their merchandise the distinctive appearance of belonging to, originating from, or being associated with plaintiff.

21.     Defendants' counterfeiting, copying and unauthorized use of one or more of plaintiff's federally registered Trademarks combined with the distinctive trade dress of plaintiff's merchandise, constitute trademark infringement and are likely to, and are causing confusion, mistake and deception among members of the public as to the origin of defendants goods and are likely to and will continue to deceive the public into believing that the goods being sold by defendants' emanate from or are associated with plaintiff and its high quality genuine merchandise, and has thus caused and will continue to cause irreparable harm to plaintiff unless restrained by this Court. Plaintiff has no adequate remedy at law.

-6-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

## COUNT II

## FEDERAL TRADEMARK COUNTERFEITING

22.     Plaintiff realleges and incorporates by reference herein the allegations set forth in paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Defendants' aforesaid use in commerce of one or more of plaintiff's federally registered Trademarks in connection with their goods, constitutes trafficking or attempts to traffic in goods knowingly using counterfeit trademarks, in violation of the Counterfeiting Act, 15 U.S.C. § 1114(1), et seq.

24.     Upon information and belief, defendants, having full knowledge of plaintiff's rights and the fact that the goods defendants' sell are unauthorized duplications of plaintiff's merchandise, have engaged in the reproduction, counterfeit, copy, imitation, manufacture and/or sale of goods bearing the LOUIS VUITTON Trademarks in order falsely to give their goods the distinctive appearance of belonging to, originating from, or being associated with plaintiff.

25.     Defendants aforesaid acts in counterfeiting one or more of plaintiff's federally registered Trademarks have caused and will continue to cause irreparable harm to plaintiff unless restrained by this Court.   Plaintiff has no adequate remedy at law.

## COUNT III

## FEDERAL UNFAIR COMPETITION -- FALSE DESIGNATION OF ORIGIN

26.     Plaintiff realleges and incorporates by reference herein the allegations set forth in paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27.     The similarity between the overall commercial impression of the genuine merchandise of plaintiff and the goods sold by the defendants, bearing the unauthorized and counterfeit LOUIS

-7-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

VUITTON Trademarks, constitute a false designation of origin and a false description and representation to the consuming public. Members of the public are likely to and, upon information and belief, do believe that defendants' goods were manufactured, imported, distributed, sold, authorized by or otherwise associated with plaintiff, all to defendants' profit and plaintiff's great damage and injury.

28. The aforesaid acts of defendant are in violation of the Lanham Act, 15 U.S.C. § 1125(a), and have caused and will continue to cause plaintiff irreparable injury unless restrained by this Court. Plaintiff has no adequate remedy at law.

WHEREFORE, plaintiff respectfully prays that this Court grant the following relief as to each of the above causes of action:

A. Preliminarily and permanently enjoining and restraining defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all those in active concert or participation with them, from:

(1) counterfeiting, imitating, copying, or making unauthorized use of LOUIS VUITTON, the "LV" design, or any of LOUIS VUITTON's registered or licensed trademarks;

(2) manufacturing, producing, printing, distributing, importing, trafficking in, selling, offering for sale, advertising, promoting or displaying any merchandise of whatever nature or type, including but not limited to, apparel, luggage, handbags, purses, leather goods, belts, keycases, jewelry, accessories or any other items bearing any simulation, reproduction, counterfeit, copy or colorable imitation of LOUIS VUITTON, the "LV" design, or any of LOUIS VUITTON's registered or licensed trademarks;

-8-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

(3)    using any simulation, reproduction, counterfeit, copy or colorable imitation of LOUIS VUITTON, the "LV" design, or any of LOUIS VUITTON's registered or licensed trademarks or trade dress in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, printing, importation, production, circulation or distribution of any product, in such fashion as to relate or connect such product in any way to LOUIS VUITTON, or to any goods sold, manufactured, sponsored or approved by, or connected with LOUIS VUITTON;

(4)    making any statement or representation whatsoever, or using any false designation of origin or false description or representation, or performing any act, which can, or is likely to, lead the trade or public, or individual members thereof, to believe that any products manufactured, printed, distributed or sold by defendant, or that defendant, are in any manner associated or connected with LOUIS VUITTON, or any goods of defendant are sold, manufactured, licensed, sponsored, approved or authorized by LOUIS VUITTON; and

(5)    engaging in any other activity constituting unfair competition with LOUIS VUITTON, or constituting an infringement of any of LOUIS VUITTON's trademarks, or of LOUIS VUITTON's rights in, or to use or to exploit, LOUIS VUITTON's trademarks, or the trade dress of LOUIS VUITTON's products, or constituting any damage to LOUIS VUITTON's name, trademarks, reputation or goodwill.

B.    Directing that defendants deliver for destruction all products, merchandise, goods, labels, signs, prints, packages, dies, wrappers, parts, hardware, artwork or apparatus, receptacles and advertisements in their possession, or under their control, bearing the registered trademarks or the word, term, name, symbol, device, designation or representation of LOUIS VUITTON or any

-9-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same.

C.  Imposing a constructive trust over Defendants' profits and requiring Defendants to account for and pay over to LOUIS VUITTON all profits realized by them from their infringement and injury to the value of LOUIS VUITTON trademarks and their unfair competition with LOUIS VUITTON;

D.  Awarding judgment to plaintiff for plaintiff's damages or defendants' profits, whichever are greater, arising from defendants' trademark infringement, trademark counterfeiting, false designation of origin, and unfair competition, such damages to be trebled in view of the willfulness of defendants' acts in duplicating plaintiff's tradename and the LOUIS VUITTON Trademarks and/or selling defendants' products with the express or implied representation through the use of plaintiff's trade dress and trademarks that defendants' products emanate from or are associated with plaintiff; or, alternatively, that the Court award statutory damages pursuant to 15 U.S.C. § 1117(c);

E.  Awarding plaintiff exemplary and punitive damages as allowed by law;

F.  Awarding plaintiff their costs of suit incurred herein;

G.  Awarding plaintiff reasonable attorney's fees and expenses incurred in this action;

H.  Awarding plaintiff prejudgment interest as authorized by 15 U.S.C. § 1117(b) and applicable law; and

I.  Granting plaintiff such other and further relief as this Court deems to be reasonable, necessary and just.

-10-

Dated this 14th day of March, 2005.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff
LOUIS VUITTON MALLETIER

BY: _____
ANITA P. ARRIOLA

## VERIFICATION

I, ANITA P. ARRIOLA, being duly sworn, deposes and says that:

I am an attorney at law duly admitted and licensed to practice before all courts of this Territory. I have my professional office at Suite 201, Calvo & Arriola Professional Building, 259 Martyr Street, Hagåtña, Guam 96910.

I am an attorney of record for plaintiff Louis Vuitton Malletier in the above-entitled matter.

Said plaintiff is absent from the city or town in which I have my office and for that reason I am making this verification on its behalf.

I have read the foregoing Verified Complaint and know the contents thereof and that the same are true of my own knowledge except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the territory of Guam that the foregoing is true and correct.

Executed this 14th day of March, 2005 in Hagåtña, Guam.

_____
ANITA P. ARRIOLA

-11-



1290269

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,938,808* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 28, 1995*
*SECTION 8 & 15*
*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
  *LOUIS VUITTON MALLETIER*
  *A FRANCE CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N.  WILLIAMS
Certifying Officer

EXHIBIT
A

PENGAD 800-631-6689

Int. Cls.: 14 and 24

Prior U.S. Cls.: 2, 27, 28, 42 and 50

Reg. No. 1,938,808

United States Patent and Trademark Office

Registered Nov. 28, 1995

Corrected

OG Date Apr. 1, 1997

# TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

OWNER OF U.S. REG. NOS. 286,345, 1,794,905 AND OTHERS.

FOR: JEWELRY, WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

FOR: TRAVEL BLANKETS MADE OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1901; IN COMMERCE 0-0-1901.

SER. NO. 74-618,480, FILED 1-6-1995.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 1, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 14 and 24

Prior U.S. Cls.: 2, 27, 28, 42 and 50

## United States Patent and Trademark Office

Reg. No. 1,938,808
Registered Nov. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



MALLETIER, LOUIS VUITTON (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELRY, WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1910; IN COMMERCE 0–0–1910.

FOR: TRAVEL BLANKETS MADE OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0–0–1901; IN COMMERCE 0–0–1901.

OWNER OF U.S. REG. NOS. 286,345, 1,794,905 AND OTHERS.

SER. NO. 74–618,480, FILED 1–6–1995.

CARYN HINES, EXAMINING ATTORNEY



1290269

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,904,197* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 23, 2004*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

PENGAD 800-631-6989

**EXHIBIT**

*B*

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,904,197

## United States Patent and Trademark Office

Registered Nov. 23, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, ALLOYS, OR COATED, NAMELY, ORNAMENTAL PINS, ASH TRAYS FOR SMOKERS, DECORATIVE BOXES AND JEWELRY BOXES, JEWELRY CASES AND WATCH CASES, POWDER COMPACTS SOLD EMPTY; JEWELRY, NAMELY, RINGS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, AND MEDALLIONS; KEYRINGS MADE OF PRECIOUS METAL; BUCK-LES MADE OF PRECIOUS METAL, NAMELY, BUCKLES FOR BELTS, BUCKLES FOR CLOTHING, BUCKLES FOR SCARVES, BUCKLES FOR HATS, BUCKLES FOR JEWELRY, BUCKLES FOR SHOES, BUCKLES FOR BAGS, BUCKLES FOR BOXES, BUCKLES FOR TRUNKS, BUCKLES FOR CASES, BUCKLES FOR PURSES, BUCKLES FOR WALLETS, BUCKLES FOR UMBRELLAS, BUCKLES FOR

CANES, BUCKLES FOR CLOCKS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRIST-WATCHES, CLOCKS, CHRONO-GRAPHS, CHRONOMETERS AND ALARM CLOCKS; STRAPS FOR WRIST-WATCHES AND WATCH CASES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 001172857, DATED 6-9-2000, EXPIRES 5-11-2009.

OWNER OF U.S. REG. NOS. 1,045,932, 2,657,903 AND OTHERS.

THE NAME "LOUIS VUITTON" DOES NOT IDEN-TIFY A LIVING INDIVIDUAL.

SER. NO. 76-485,867, FILED 1-28-2003.

RUSS HERMAN, EXAMINING ATTORNEY



1290263

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,773,107* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 14, 2003*

*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

PENGAD 800-631-6989

EXHIBIT
*C*

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

Reg. No. **2,773,107**

## United States Patent and Trademark Office

Registered Oct. 14, 2003

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONO-METRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUTCRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS, JEWEL-RY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS, SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAWSTRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEA-THER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAIST-COATS, SKIRTS, RAINCOATS, OVERCOATS, SUS-PENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

OWNER OF U.S. REG. NO. 2,177,828.

SER. NO. 76-364,597, FILED 1-31-2002.

RUSS HERMAN, EXAMINING ATTORNEY

PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SAN-DALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

SER. NO. 76-364,597, FILED 1-31-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

Reg. No. 2,773,107

United States Patent and Trademark Office

Registered Oct. 14, 2003

Corrected

OG Date July 20, 2004

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE
OWNER OF U.S. REG. NO. 2,177,828.

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUTCRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS, JEWELRY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES; GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS,

SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAWSTRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; * KEY HOLDERS MADE OF LEATHER OR OF IMITATION LEATHER *, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE



129C269

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,657,903* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *December 10, 2002*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

PENGAD 800-631-6989

EXHIBIT

D

Int. Cls.: 14, 18, 25 and 38

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41, 50, 100, 101 and 104

Reg. No. 2,657,903

## United States Patent and Trademark Office

Registered Dec. 10, 2002

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS IN PRECIOUS METALS, THEIR ALLOYS OR COATED, NAMELY, SHOE ORNA-MENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASH TRAYS FOR SMOKERS, BOXES AND CASES, POWDER COMPACTS SOLD EMPTY; JEWELRY AND FANCY JEWELRY, NAMELY RINGS, KEY RINGS, BUCKLES, EARRINGS, CUFF LINKS, BRA-CELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, MEDALLIONS; HOR-OLOGICAL AND CHRONOMETRIC INSTRU-MENTS, NAMELY STRAPS FOR WRIST WATCHES, WATCHES, WRIST WATCHES, CLOCKS, ALARM CLOCKS, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR OF IMITATIONS OF LEATHER, NAMELY BOXES OF LEATHER OR OF LEATHERBOARD FOR TRAVEL PURPOSES, ENVELOPES OF LEATHER FOR MER-CHANDISE PACKAGING PURPOSES; TRUNKS, VALISES, TRAVELING BAGS, TRAVELING SETS FOR CARRYING COSMETICS, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOP-PING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, POUCHES FOR TRAVEL AND FOR CARRYING MERCHANDISE, FINE LEATHER GOODS, NAMELY POCKET WALLETS, PURSES, KEY HOLDERS, CARD HOLDERS; UMBRELLAS, PARASOLS, UMBRELLAS FOR SHADING THE

SUN, CANES, WALKING STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY SWEATERS, SHIRTS, CORSETS, SUITS, WAIST-COATS, RAINCOATS, SKIRTS, COATS, TROUSERS, PULLOVERS, DRESSES, CLOTHING JACKETS, SHAWLS, SCARVES, SASHES FOR WEAR, NECK TIES, TIES, POCKET SQUARES, BRACES, CLOTH-ING GLOVES, CLOTHING BELTS, STOCKINGS, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NET-WORK BY INTERNET AND INTRANET NET-WORK; COMMUNICATION BY COMPUTER TERMINALS, NAMELY, ELECTRONIC MAIL SER-VICES AND ELECTRONIC FILE EXCHANGE SER-VICES; COMPUTER AIDED TRANSMISSION OF ELECTRONIC MESSAGES AND ELECTRONIC IMAGES; ELECTRONIC MAIL SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 1,515,212, FILED 2-18-2000, REG. NO. 1515212, DATED 3-5-2001, EXPIRES 2-18-2010.

SER. NO. 76-106,494, FILED 8-9-2000.

DANIEL CAPSHAW, EXAMINING ATTORNEY



1290269

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,346,373* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *May 02, 2000*

*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

PENGAD 800-631-6989

EXHIBIT

E

Int. Cls.: 14, 16, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 27, 28, 29,
37, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,346,373

Registered May 2, 2000

OG Date Nov. 28, 2000

## TRADEMARK
## PRINCIPAL REGISTER

## LOUIS VUITTON PARIS

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
PARIS, FRANCE 75008

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

FOR: GOODS MADE OF PRECIOUS METAL, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1988; IN COMMERCE 0-0-1988.

FOR: GOODS MADE OF PAPER OR OF CARDBOARD, NAMELY, BAGS OR PAPER FOR MERCHANDISE PACKAGING; BAGS OR BOXES MADE OF PAPER OR CARDBOARD; WATERCOLOR PICTURES; PICTURES, NAMELY, DRAWINGS; ARCHITECTURAL MODELS; PRINTED MATERIALS, NAMELY, POSTERS, PHOTO, STAMP, SCRAPBOOK AND WEDDING ALBUMS, ATLASES, PAMPHLETS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GEOGRAPHICAL MAPS, POSTCARDS, CATALOGS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, PRINTED LABELS NOT OF TEXTILE, BOOKS, NAMELY, APPOINTMENT BOOKS, TRAVEL BOOKS, EDUCATIONAL BOOKS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, NEWSPAPERS FOR GENERAL CIRCULATION, PERIODICALS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL AND SPORT EVENTS, MAGAZINES IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 28, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

AND SPORT EVENTS, GENERAL FEATURE MAGAZINES; BOOKBINDING MATERIAL, NAMELY, BOOKBINDING TAPE, BOOK-BINDING WIRE AND CLOTH FOR BOOK-BINDING; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STATIONERY, NAMELY, WRITING PADS, DRAWING PADS, BLOT-TERS, WRITING BOOKS, CALENDARS, NOTE BOOKS, ENVELOPES, WRITING PAPER, INDEXES; ADHESIVES FOR STA-TIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIAL, NAMELY, PAINT BRUSHES; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; OFFICE REQUISITES, NAMELY, SLATE BOARDS FOR WRITING, INKING PADS, LETTER TRAYS, LETTER OPENERS, PENCILS, DESK STANDS AND HOLDERS FOR INK, PEN AND PENCILS, PA-PERWEIGHTS, PENS AND PARTS THERE-FOR, NAMELY, BALLS FOR BALLPOINT PENS AND NIBS FOR FOUNTAIN PENS; PRINTED INSTRUCTIONAL, EDUCATIONAL AND TEACHING MATERIAL IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOT-WEAR, TRAVEL, AND SPORT EVENTS; PLASTIC BUBBLE PACKS FOR WRAPPING OR PACKAGING; PLASTIC FILM FOR IN-DUSTRIAL OR COMMERCIAL WRAPPING; PLAYING CARDS; PRINTERS' TYPE AND PRINTING BLOCKS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: GOODS MADE OF LEATHER OR OF IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHERBOARD USED FOR TRAVEL PURPOSES, HAT BOXES FOR TRAVEL, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING; TRUNKS, VALISES, TRAVELLING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, GAR-MENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOUL-DER BAGS, ATTACHE CASES, BRIEFCASES, POUCHES; FINE LEATHER GOODS, NAME-LY, POCKET WALLETS, PURSES, KEY CASES, CARD HOLDERS, CHECKBOOK HOLDERS; UMBRELLAS, PARASOLS, CANES, WALKING STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, DRESS SHIELDS, CORSETS, SUITS, WAISTCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, CLOTHING JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, TIES, POCKET SQUARES, SUS-PENDERS, CLOTHING GLOVES, CLOTHING BELTS, STOCKINGS, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, FOOT-WEAR; HEAD WEAR AND WATERPROOF CLOTHING, NAMELY, RAINCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

SER. NO. 75-398,649, FILED 12-2-1997.

Int. Cls.: 14, 16, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 2,346,373

Registered May 2, 2000

## TRADEMARK
### PRINCIPAL REGISTER

# LOUIS VUITTON PARIS

LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE 75008

FOR: GOODS MADE OF PRECIOUS METAL, NAMELY, SHOE ORNAMENTS, HAT ORNA-MENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, BELT BUCKLES, EAR RINGS, CUF-FLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOR-OLOGICAL AND CHRONOMETRIC INSTRU-MENTS, STRAPS FOR WATCHES, WATCHES AND WRIST WATCHES, CASES FOR WATCH-ES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1988; IN COMMERCE 0-0-1988.

FOR: GOODS MADE OF PAPER OR OF CARDBOARD, NAMELY, BAGS OR PAPER FOR MERCHANDISE PACKAGING; BAGS OR BOXES MADE OF PAPER OR CARDBOARD; WATERCOLOR PICTURES; PICTURES, NAMELY, DRAWINGS; ARCHITECTURAL MODELS; PRINTED MATERIALS, NAMELY, POSTERS, PHOTO, STAMP, SCRAPBOOK AND WEDDING ALBUMS, ATLASES, PAMPHLETS IN THE FIELD OF LUGGAGE, BAGS, CLOTH-ING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GEOGRAPHICAL MAPS, POST-CARDS, CATALOGS IN THE FIELD OF LUG-GAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, PRINTED LABELS NOT OF TEXTILE, BOOKS, NAMELY,

APPOINTMENT BOOKS, TRAVEL BOOKS, EDUCATIONAL BOOKS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, NEWSPA-PERS FOR GENERAL CIRCULATION, PERI-ODICALS IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL AND SPORT EVENTS, MAGAZINES IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS, GENERAL FEATURE MAGAZINES; BOOK-BINDING MATERIAL, NAMELY, BOOKBIND-ING TAPE, BOOKBINDING WIRE AND CLOTH FOR BOOKBINDING; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STATIONERY, NAMELY, WRITING PADS, DRAWING PADS, BLOTTERS, WRITING BOOKS, CALENDARS, NOTE BOOKS, ENVELOPES, WRITING PAPER, INDEXES; ADHESIVES FOR STA-TIONERY OR HOUSEHOLD PURPOSES; ART-ISTS' MATERIAL, NAMELY, PAINT BRUSHES; ELECTRIC OR NON-ELECTRIC TYPEWRIT-ERS; OFFICE REQUISITES, NAMELY, SLATE BOARDS FOR WRITING, INKING PADS, LETTER TRAYS, LETTER OPENERS, PEN-CILS, DESK STANDS AND HOLDERS FOR INK, PEN AND PENCILS, PAPERWEIGHTS, PENS AND PARTS THEREFOR, NAMELY, BALLS FOR BALLPOINT PENS AND NIBS FOR FOUNTAIN PENS; PRINTED INSTRUC-TIONAL, EDUCATIONAL AND TEACHING MATERIAL IN THE FIELD OF LUGGAGE, BAGS, CLOTHING, FOOTWEAR, TRAVEL, AND SPORT EVENTS; PLASTIC BUBBLE PACKS FOR WRAPPING OR PACKAGING; PLASTIC FILM FOR INDUSTRIAL OR COM-

MERCIAL WRAPPING; PLAYING CARDS; PRINTERS' TYPE AND PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: GOODS MADE OF LEATHER OR OF IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHERBOARD USED FOR TRAVEL PURPOSES, HAT BOXES FOR TRAVEL, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING; TRUNKS, VALISES, TRAVELLING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, POUCHES; FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, KEY CASES, CARD HOLDERS, CHECKBOOK HOLDERS; UMBRELLAS, PARASOLS, CANES, WALKING STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, DRESS SHIELDS, CORSETS, SUITS, WAISTCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, CLOTHING JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, TIES, POCKET SQUARES, SUSPENDERS, CLOTHING GLOVES, CLOTHING BELTS, STOCKINGS, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, FOOTWEAR; HEAD WEAR AND WATERPROOF CLOTHING, NAMELY, RAINCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-398,649, FILED 12-2-1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY



1290269

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,177,828 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *August 04, 1998*
SECTION 8
*LESS GOODS*
SAID RECORDS SHOW TITLE TO BE IN:
  *LOUIS VUITTON MALLETIER*
  *A FRANCE CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS



N. WILLIAMS
Certifying Officer

EXHIBIT
_F_

PENGAD 800-631-6989

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS
METALS, NAMELY, SHOE ORNAMENTS, HAT
ORNAMENTS, ORNAMENTAL PINS, ASH-
TRAYS FOR SMOKERS, DECORATIVE BOXES,
POWDER COMPACTS OF PRECIOUS METAL,
JEWELRY CASES; JEWELRY, NAMELY,
RINGS, KEY RINGS, BELT BUCKLES, EAR
RINGS, CUFFLINKS, BRACELETS, CHARMS,
BROOCHES, NECKLACES, TIE PINS, MEDAL-
LIONS; HOROLOGICAL AND CHRONOME-
TRIC INSTRUMENTS, STRAPS FOR WATCH-
ES, WATCHES AND WRIST-WATCHES, CASES
FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMI-
TATIONS OF LEATHER ARE NOT INCLUDED
IN OTHER CLASSES, NAMELY, BOXES MADE
FROM LEATHER OR LEATHERBOARD, EN-
VELOPES OF LEATHER FOR PACKAGING;
TRUNKS, VALISES, TRAVELING BAGS, LUG-
GAGE FOR TRAVEL, GARMENT BAGS FOR
TRAVEL, VANITY CASES SOLD EMPTY,
RUCKSACKS, HAND BAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTA-

CHE CASES, BRIEFCASES, DRAW STRING
POUCHES, AND FINE LEATHER GOODS,
NAMELY, POCKET WALLETS, PURSES,
LEATHER KEY HOLDERS, BUSINESS CARD
CASES, CALLING CARD CASES, AND
CREDIT CARD CASES, UMBRELLAS, PARA-
SOLS, CANES, AND WALKING-STICK SEATS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR,
NAMELY, SWEATERS, SHIRTS, CORSETS,
SUITS, WAISTCOATS, RAINCOATS, SKIRTS,
COATS, PULLOVERS, TROUSERS, DRESSES,
JACKETS, SHAWLS, STOLES, SASHES FOR
WEAR, SCARVES, NECKTIES, POCKET
SQUARES, SUSPENDERS, GLOVES, BELTS,
STOCKINGS, TIGHTS, SOCKS, BATH ROBES,
SHOES, BOOTS AND SANDALS, HATS AND
CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96/612502, FILED
2–23–1996, REG. NO. 96612502, DATED 2–23–1996,
EXPIRES 2–23–2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198
AND OTHERS.

SER. NO. 75–143,799, FILED 8–1–1996.

JASON TURNER, EXAMINING ATTORNEY



1290269

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 02, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,181,753* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 18, 1998*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *LOUIS VUITTON MALLETIER*
   *A FRANCE CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

EXHIBIT
G
_____

PENGAD 800-631-6989

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

Reg. No. 2,181,753

## United States Patent and Trademark Office

Registered Aug. 18, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
 PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS
METALS, NAMELY, SHOE ORNAMENTS, ~~HAT
ORNAMENTS~~, ORNAMENTAL PINS, ~~ASH
TRAYS FOR SMOKERS, DECORATIVE BOXES,
POWDER COMPACTS OF PRECIOUS METAL,
JEWELRY CASES~~; JEWELRY, NAMELY,
RINGS, ~~KEY RINGS~~, BELT BUCKLES, EAR
RINGS, CUFFLINKS, BRACELETS, CHARMS,
~~BROOCHES~~, NECKLACES, ~~TIE PINS, MEDAL-
LIONS~~; HOROLOGICAL ~~AND CHRONOME-
TRIC INSTRUMENTS~~, STRAPS FOR WATCH-
ES, WATCHES AND WRIST-WATCHES, CASES
FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMI-
TATIONS OF LEATHER ARE NOT INCLUDED
IN OTHER CLASSES, NAMELY, BOXES MADE
FROM LEATHER OR LEATHERBOARD, ~~EN-
VELOPES OF LEATHER FOR PACKAGING~~;
TRUNKS, VALISES, TRAVELING BAGS, LUG-
GAGE FOR TRAVEL, GARMENT BAGS FOR
TRAVEL, VANITY CASES SOLD EMPTY,
RUCKSACKS, HAND BAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTA-

CHE CASES, BRIEFCASES, ~~DRAW STRING
POUCHES~~, AND FINE LEATHER GOODS,
NAMELY, POCKET WALLETS, PURSES,
LEATHER KEY HOLDERS, BUSINESS CARD
CASES, CALLING CARD CASES, AND
CREDIT CARD CASES, UMBRELLAS, ~~PARA-
SOLS, CANES, AND WALKING STICK SEATS~~,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR,
NAMELY, SWEATERS, SHIRTS, ~~CORSETS~~,
SUITS, WAISTCOATS, RAINCOATS, SKIRTS,
COATS, PULLOVERS, TROUSERS, DRESSES,
JACKETS, SHAWLS, STOLES, SASHES FOR
WEAR, SCARVES, NECKTIES, POCKET
SQUARES, ~~SUSPENDERS~~, GLOVES, BELTS,
~~STOCKINGS, TIGHTS~~, SOCKS, BATH ROBES,
SHOES, BOOTS AND SANDALS, ~~HATS AND
CAPS~~, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96/612504, FILED
2-23-1996, REG. NO. 96612504, DATED 2-23-1996,
EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198
AND OTHERS.

SER. NO. 75-143,789, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY