ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

FILED
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>vs.<br><br>LIN'S JEWELRY CO. and DOES I THROUGH XX.<br><br>Defendants. | CIVIL CASE NO. 05-00010<br><br>**PLAINTIFF LOUIS VUITTON MALLETIER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER SEALING FILE** |

Plaintiff Louis Vuitton Malletier moves this Court, pursuant to 15 U.S.C. §1116, Rules 30, 34 and 65 of the Federal Rules of Civil Procedure, and L.R. 7.1(j) and request an expedited ex parte hearing therefor, for an order (1) temporarily restraining defendants and all those acting in concert and/or participation with them, from selling, distributing, offering for sale or using in any manner or disposing of items bearing Plaintiff's trade names or trademarks or any of Plaintiff's registered trademarks and logos, or any imitations or copies thereof, during the pendency of this action; (2) directing the seizure and impoundment of items in defendants' possession, custody or control which infringe plaintiff's trade names or trademarks and/or logos, which are used to manufacture infringing trademarks and/or logos and, which are used to manufacture infringing merchandise; (3) to show

cause why a preliminary injunction should not issue; and (4) sealing the Court file until the hearing on the Court's order to show cause why a preliminary injunction should not issue in this case.

This application is made pursuant to the Trademark Counterfeiting Act of 1984 (15 U.S.C. § 1116(d)), Rules 34, 64 and 65 of the Federal Rules of Civil Procedure, and L.R. 7.1(j). This application is based on the grounds that (i) defendants' acts of trademark infringement and unfair competition are causing irreparable injury to Plaintiff and are in violation of the Lanham Act, 15 U.S.C. § 1051 et seq., and the common law, and (ii) giving advance notice of this application to defendants or the failure to impound temporarily the infringing merchandise will cause irreparable injury and frustrate the relief Plaintiff seeks in this action. Plaintiff is prepared to post $5,000.00 as a security bond for issuance of the temporary restraining and seizure order.

This application is based on the Verified Complaint, the accompanying memorandum of points and authorities, and the Affidavits of Delores C. Perez, Maerica Dizon, Yvette D. Terlaje, Joshua Paulino, Anita P. Arriola, and exhibits attached thereto, such matters of which this Court may take judicial notice and such evidence and argument as may be presented at the hearing.

Dated this 14th day of March, 2005.

                                          ARRIOLA, COWAN & ARRIOLA
                                          Counsel for Plaintiff
                                          LOUIS VUITTON MALLETIER

BY: _____
                **ANITA P. ARRIOLA**