ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. **05-00010** |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF DELORES C. PEREZ IN** |
| ) | **SUPPORT OF PLAINTIFF LOUIS** |
| vs. ) | **VUITTON MALLETIER'S MOTIONS** |
| ) | **FOR TEMPORARY RESTRAINING** |
| ) | **ORDER, SEIZURE ORDER, ORDER TO** |
| LIN'S JEWELRY CO. and DOES I ) | **SHOW CAUSE FOR PRELIMINARY** |
| THROUGH XX. ) | **INJUNCTION AND ORDER SEALING** |
| ) | **FILE** |
| Defendants. ) | |
| ) | |

GUAM              )
                  )  SS:
CITY OF HAGATNA   )

**DELORES C. PEREZ**, being duly sworn, declares and states as follows:

1.      I am the administrative assistant and assistant to Mark Browne, General Manager of

Louis Vuitton Guam, Inc. ("LV Guam"). I am a resident of Guam and over the age of eighteen.

2.      I file this Affidavit in support of Plaintiff's Motions for Temporary Restraining Order,

Seizure Order, Order to Show Cause for Preliminary Injunction and Order Sealing File. I have

personal knowledge of the facts contained herein. If called as a witness I could testify as to the facts

contained herein.

ORIGINAL

3.     I have worked for LV Guam since September 5, 2003. I worked as a sales associate at the LV Guam store at Duty Free Shoppers Galleria in Tumon, Guam for approximately one year. For the past six months, I have served as an administrative assistant and assistant to Mr. Browne. During my employment at LV Guam, I have come to be very familiar with the design of the products of the "Louis Vuitton" line including without limitation, "Louis Vuitton" bags, wallets, briefcases, keycases, belts, shoes, pens, textiles and leather and leather-trimmed accessories. I am also very familiar with the "Louis Vuitton" trademarks, which have become widely known and recognized throughout the world.

4.     Since entering the company until the present, I have been trained to identify "Louis Vuitton" products in order to recognize genuine products, and more recently, to research and investigate various forms counterfeit Louis Vuitton trademarks and logos.

5.     As the administrative assistant to the General Manager, I am responsible for coordinating all the anti-counterfeiting training for LV Guam employees and customs officers on Guam. I receive, review, and disseminate materials from the anti-counterfeit department in Hong Kong to employees and customs officers. I also make available counterfeit reports to all our Louis Vuitton store locations in Guam and the Commonwealth of the Northern Marianas Islands. In the course of my employment at LV Guam, I receive employee reports of possible counterfeit goods and I maintain records of counterfeit reports in Guam and CNMI. It is the policy of LV Guam that employees are encouraged to fill out a written report on a form developed by Louis Vuitton Malletier, identifying the location of counterfeit items and the identity of vendors selling such items. The LV Guam counterfeit reports are kept in the course of regularly conducted business activity at LV Guam and it is the regular practice of LV Guam employees to make such reports and for LV

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-2-

Guam to maintain the records of such reports. It is my job to investigate and confirm whether the counterfeit reports are true.

6. On February 16, 2005, I received a verbal employee report of possible counterfeit jewelry at Lin's Jewelry located at the Micronesia Mall in the Cinema Wing. I instructed the employee to fill out the counterfeiting report consistent with our policy, and on February 18, 2005, I received the employee's Counterfeit Report. A true and correct copy of the Counterfeit Report received on February 18, 2005 is attached hereto as Exhibit 1.

7. On February 20, 2005, I visited the Lin's Jewelry store at the Micronesia Mall Cinema Wing (hereinafter "Lin's Jewelry") at approximately 4:00 p.m. Lin's Jewelry is located across from the Foot Locker. I entered the store and was greeted by a sales associate, who was identified by her name tag as Zeny. Zeny appeared to be Filipina, she had dark-colored, medium-length hair and she was in her late thirties or early forties. There was one other sales associate in the store attending to a couple, who were the only other customers in the store at the time.

8. I told Zeny that I was only looking and I walked around the entire U-shaped counter and looked into all the display cases, including the three display cases towards the front end of the store.

9. I returned to the bracelet counter, and I pointed out a bracelet with an "LV" logo and asked Zeny how much it was. She told me that it was around $700, and she pulled the item out of the display case. Zeny told me that the bracelet was "Louis Vuitton." I told her that the price was a little too high and she took out another bracelet with the"LV" logo and silver oval charms.

10. I observed a total of 2 bracelets prominently displayed in the glass case marked with the "LV" logo. These bracelets were displayed separately from the other types of bracelets in the

-3-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

display. One bracelet had the "LV" logo with a flower design similar to the genuine Louis Vuitton flower logo, and the other bracelet had the "LV" logo with the silver oval charms.

11.     I showed an interest in the bracelet with the "LV" logo and flowers and Zeny told me that she could sell me the bracelet for around $400. She told me that this was the last bracelet of its kind. I told her that I would consider the price and looked around the store again. She followed me with the tray and bracelet. When I went back to the bracelet display, Zeny offered to sell the bracelet at a lower price. I purchased the bracelet with the "LV" logo and flower design for $300.00. I paid the $300.00 by credit card, and was given a receipt for my purchase. A true and correct copy of the photograph of the bracelet I purchased is attached hereto as Exhibit 2. A true and correct copy of the sales receipt is attached hereto as Exhibit 3. A true and correct copy of the photograph of the box and bag I received with the bracelet is attached hereto as Exhibit 4.

12.     On February 23, 2005 at approximately 6:30 p.m., I returned to Lin's Jewelry wearing the bracelet I had purchased on February 20, 2005. Zeny was there and approached me right away. She told me that the bracelet looked very nice on me. I told her that I had showed it to my cousin, who liked it a lot, and I wanted to purchase something like it for her. Zeny and I looked in the same bracelet section. I observed the one bracelet in the display case that had been there on my previous visit.

13.     I then told Zeny that I didn't think that my cousin would like the remaining bracelets, but that she really liked the one I had already purchased. I asked her if she had any more like this one, and she told me that they did not have any more. I asked her when they would be getting more in and she told me that she did not know. It was about this time that another associate in the store came over to us. She appeared to be Filipina with short hair, and shorter in height than Zeny. She

-4-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

appeared to be older, approximately late forties, early fifties. She was wearing a short-sleeved white shirt and she was not wearing a name tag.

14.     The older lady told me that the bracelet I was wearing was very nice. I then told her that it looked so real, and asked whether it was real. The older lady responded by telling me that it was real "18K." I asked, "Real Louis Vuitton?" and she replied, "No, it's just a copy."

14.     On March 4, 2005, I received an employee counterfeit report of possible counterfeit jewelry at Lin's Jewelry kiosk located at the JP Superstore in the lobby level of the Guam Plaza Hotel. A true and correct copy of the Counterfeit Report received on March 4, 2005 is attached hereto as Exhibit 5.

15.     On March 7, 2005, I visited the Lin's Jewelry JP Superstore kiosk at the Guam Plaza Hotel (hereinafter "Lin's Kiosk"), at approximately 1:00 p.m. The Lin's Kiosk is a circular glass display counter located directly across the entrance from the Guam Plaza Hotel lobby. Two sales associates were behind the counter; one was sitting behind a desk and the other was helping a Japanese tourist.

16.     I was approached by a sales associate named "Emma." Emma appeared to be an older Filipina woman with short dark hair, and was wearing black-rimmed eyeglasses. The second sales associate appeared to be Asian; she was middle-aged with curly shoulder-length hair.

17.     When I reached the display with the diamond tennis bracelets and pendants, Emma got up from the desk and told me that everything in the display was on discount because of Lin's Jewelry Co.'s anniversary.

18.     Emma asked me if I was interested in anything in the display, and I asked whether she had any plain bracelets without diamonds. She took me around to the other side of the counter

-5-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

where the yellow and white gold bracelets were on display. In the display were five bracelets on a raised platform. At the center of the five bracelets was one bracelet with the "LV" logo, and I asked to see the bracelet. Emma told me that the price of the bracelet was $1338, but that she would be able to give me an anniversary discount and another special discount in order to reduce the price to $499.00. I told her that I would be back, and asked if she could hold the bracelet for me while I had lunch downstairs.

19.    When I returned, I told her that I only had $300.00 cash to purchase the bracelet. I asked her if she had any other bracelets like this one, or if any of the other locations had similar bracelets. She told me that this bracelet was the only one they had, and that there were no other bracelets like it at the Lin's Kiosk or the other Lin's Jewelry stores.

21.    I purchased the bracelet for $450.00, $150.00 by credit card and $300.00 in cash. A true and correct copy of the photograph of the bracelet I purchased is attached hereto as Exhibit 6. A true and correct copy of the photograph of the box and bag I received with the bracelet is attached hereto as Exhibit 7.

22.    I asked whether I would get a "LV box and wrapper" with the bracelet, and Emma told me, "No. It's only LV design." She further told me, "If it were brand, then it would cost more."

23.    Later that afternoon, I realized that I did not get a sales receipt for the bracelet. At approximately 4:30 p.m., I returned to the Lin's Kiosk and talked to Emma. Emma gave me a receipt for the bracelet. A true and correct copy of the sales receipt is attached hereto as Exhibit 8.

/ / /

/ / /

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-6-

23.    I gave the two bracelets I purchased, the boxes, bags and receipts to Anita P. Arriola at the law offices of Arriola, Cowan & Arriola.

Further your affiant sayeth naught.

Dated this 11th day of March, 2005.

**DELORES C. PEREZ**

SUBSCRIBED and SWORN to before me by DELORES C. PEREZ on this 11th day of March, 2005.

**NOTARY PUBLIC**

**AGNES M.S. MENO**
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: June 16, 2007
P.O. Box 170217 Inarajan, Guam 96917

-7-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

# _N_        COUNTERFEITING REPORT

DATE: 2/16/05

FROM:

TO: Dee

I. LOCATION *(full address)* ..... Lin's Jewelry (Micronesia Mall) .....

.....

ρ **Retail location**     ρ Market     ρ Mail order sale     ρ Home sale
ρ Street sale     ρ Other *(specify)* .....

ρ Internet *(specify http address)* , .....

## II. COUNTERFEITS ON DISPLAY

1) Copies:

ρ Identical

ρ Similar *(specify differences)* monogram bracelet (silver & gold)
charm bracelet (thin bracelet w/LV logo)

2) Products:

ρ Luggage   ρ City bags   ρ Shoes   ρ **Accessories**   ρ Clothes   ρ Watches

3) Prices: ..... About $670.⁰⁰ for monogram bracelet .....

4) Quantities: ..... 3 varieties .....

III. OTHER BRANDS IF ANY ..... cartier rings + tiffany necklace .....

IV. REMARKS .....

---

## INTELLECTUAL PROPERTY DEPARTMENT
### Tel (3.1).1.53.20.55.03 / Fax (33).1.53.20.55.09

| NORTH/EAST EUROPE | MEDIT. BASIN/ MIDDLE EAST | |
| --- | --- | --- |
| Jean Guillarme | Cyril Chantelcup | |
| Tel (33).1.53.20.54.96 | Tel (33).1.53.20.54.97 | |
| Fax (33).1.53.20.55.09 | Fax (33).1.53.20.55.09 | |
| j.guillarme@fr.vuitton.com | c.chantelcup@fr.vuitton.com | |
| **NORTH AMERICA** | **LATIN AMERICA** | |
| Emmanuel Barbault | Diego Farrera Villalon | |
| Tel (33).1.53.20.32.94 | Tel (54) 11 5235 5018 | |
| Fax (33).1.53.20.32.76 | Fax (54) 11 5235 5035 | |
| e.barbault@us.lvmh-fashion.com | d.farrera@ar.lvmh-fashion.com | |
| **ASIA/PACIFIC** | **GREATER CHINA** | **JAPAN** |
| Philippe Van Eeckhout | Steven Liew | Hajime Mizuoka |
| Tel (852).2968.65.11 | Tel (86) 21 6288 1888 | Tel (813).54.108.256 |
| Fax (852).2968.12.18 | Fax (86) 21 6288 1436 | Fax (813).3403.0462 |
| philippe.vaneeckhout@hk.lvmh-fashion.com | steven.liew@cn.lvmh-fashion.com | h.mizuoka@jp.lvmh-fashion.com |



EXHIBIT
1





PENGAD 800-631-6989

**EXHIBIT**

2





EXHIBIT
3





+ 716488285                    T-800   P.01/01   F-938

# LV
## COUNTERFEITING REPORT

DATE : 3/4/05
FROM: Joshua Paulino
TO:

**RECEIVED** March 4th 05

I. LOCATION *(full address)* .... Lin's Jewelry
.... Japan Plaza (2nd floor kiosk)

[X] Retail location
p Street sale               p Market
                            p Other *(specify)* ............   p Mail order sale              p Home sale
p Internet *(specify http address)* ......................................................

## II. COUNTERFEITS ON DISPLAY

1) Copies:

   p Identical

   [X] Similar (specify differences)
   .... Charm style bracelet - Heart w/ LV. logo.
   ..................................................

2) Products:

   p Luggage   p City bags  p Shoes   p Accessories   p Clothes  p Watches   Jewelry.

3) Prices: .... $20.00

4) Quantities: .... 2 pcs

## III. OTHER BRANDS IF ANY ..............................................

IV. REMARKS .... Was in uniform + didn't want sales clerk to be suspicions.

### INTELLECTUAL PROPERTY DEPARTMENT
Tel (33).1.53.20.55.03 / Fax (33).1.53.20.55.09

| | | |
|---|---|---|
| **NORTH/EAST EUROPE**<br>Jean Guillarme<br>Tel (33).1.53.20.54.96<br>Fax (33).1.53.20.55.09<br>j.guillarme@fr.vuitton.com | **MEDIT. BASIN/ MIDDLE EAST**<br>Cyril Chanteloup<br>Tel (33).1.53.20.54.07<br>Fax (33).1.53.20.55.09<br>c.chanteloup@fr.vuitton.com | |
| **NORTH AMERICA**<br>Emmanuel Barbault<br>Tel (33).1.53.20.32.94<br>Fax (33).1.53.20.32.74<br>e.barbault@us.lvmh-fashion.com | **LATIN AMERICA**<br>Diego Ferreras Villalt<br>Tel (54) 11 5235 5018<br>Fax (54) 11 5235 503<br>d.ferreras@ar.lvmh-fashion.com | |
| **ASIA/PACIFIC**<br>Philippe Van Eeckhout<br>Tel (852).2968.65.11<br>Fax (852).2968.12.18<br>philippe.vaneeckhout@hk.lvmh-fashion.com | **GREATER CHINA**<br>Steven Liew<br>Tel (86) 21 6288 188<br>Fax (86) 21 6288 142<br>steven.liew@cn.lvmh-fashion.com | **JAPAN**<br>Hajime Mitsuoka<br>Tel (813) 54.108.156<br>Fax (813) 3402.0462<br>h.mitsuoka@jp.lvmh-fashion.com |

**EXHIBIT**
**5**
PENGAD 800-631-6989





EXHIBIT
6





EXHIBIT

7

PENGAD 800-631-6989





EXHIBIT

PENGAD 800-631-6989