ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER



FILED
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. 05-00010 |
| Plaintiff, ) | AFFIDAVIT OF YVETTE D. TERLAJE |
| ) | IN SUPPORT OF PLAINTIFF LOUIS |
| vs. ) | VUITTON MALLETIER'S MOTIONS |
| ) | FOR TEMPORARY RESTRAINING |
| LIN'S JEWELRY CO. and DOES I ) | ORDER, SEIZURE ORDER, ORDER TO |
| THROUGH XX. ) | SHOW CAUSE FOR PRELIMINARY |
| ) | INJUNCTION AND ORDER SEALING |
| Defendants. ) | FILE |

GUAM         )
             ) SS:
CITY OF HAGATNA )

**YVETTE D. TERLAJE**, being duly sworn, declares and states as follows:

1. I am a resident of Guam and over the age of eighteen. I file this Affidavit in support of Plaintiff's Motion for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Sealing File. I have personal knowledge of the facts contained herein. If called as a witness I could testify as to the facts contained herein.

2. On or about February 28, 2005, I was retained by Arriola, Cowan & Arriola to assist in an investigation of the sale of counterfeit Louis Vuitton jewelry. I was informed that Lin's Jewelry Company ("Lin's Jewelry") was selling such items and I was instructed to find out if any

counterfeit Louis Vuitton items were being sold at Lin's Jewelry, and if so, to purchase one or more of such items.

3. On February 28, 2005, I visited the Lin's Jewelry store in East Agana at approximately 1:40 p.m. As I entered the store, I was greeted by five sales associates. I was approached by a sales associate named Ellen, who appeared to be of Filipina descent. Ellen had long dark hair, a medium-toned complexion, and is approximately thirty to forty years old. In addition to the five sales associates, there were two men in the store in the office.

4. I told Ellen that I was looking for a gift. I walked over to the bracelet section, which is located on the far left side of the store. The layout of the store is a snake-like pattern of display cases. I looked into all the display cases and saw two bracelets with the "LV" logo and asked to see them. The bracelets were displayed in the case with other types of bracelets. The ticket price on one bracelet with the "LV" logo was $1,138.00. Ellen told me that with a discount it would cost $420.00, but that she would sell it to me for $409.00. I told her that I would think about it, and that I would look around a little more.

5. When I told Ellen that I really liked the bracelet and asked if she had others like it, she said "This is the only thing we have, if you like Louis Vuitton." Ellen then offered to check the Japan Plaza branch to confirm whether they had more bracelets with the "LV" logo. Ellen left to make a phone call, and when she returned, she told me that they did not have any of those bracelets in stock.

6. I purchased the bracelet with the "LV" logo for $409.00 cash, and was given a receipt for my purchase. I also received Ellen's business card, and a free LCD alarm clock as a gift for my purchase. A true and correct copy of a photograph of the bracelet I purchased is attached hereto as

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

Exhibit 1. A true and correct copy of a photograph of the receipt I received for my purchase is attached hereto as Exhibit 2. A true and correct copy of a photograph of the box, bag, receipt and clock given to me at Lin's Jewelry is attached hereto as Exhibit 3. A true and correct copy of a photograph of the LCD alarm clock is attached hereto as Exhibit 4. A true and correct copy of a photograph of Ellen's business card is attached as Exhibit 5.

7. In addition to the bracelet I purchased, there was another bracelet in the case which appeared to be a mixture of white and yellow gold with a large "LV" logo. Ellen told me that I could purchase the bracelet at a discount for $109.00. There was also a charm with the "LV" logo that was displayed with the bracelets.

8. In addition to the bracelets, I also saw two bracelet or pendant charms in a separate display case in the store. The case holding the charms was located to left of the bracelet section and was prominently displayed on a pedestal. The first charm was a heart that had the "LV" logo with a ticket price of $1,338.00. The second charm was a heart with a key and the "LV" logo, with a ticket price of $1,138.00.

9. In total, I saw two bracelets and three charms all prominently marked with the "LV" logo displayed in the jewelry cases and offered for sale at Lin's Jewelry store in East Hagatna.

9. I gave the bracelet I purchased, the receipt for the purchase, business card, box and bag to Anita P. Arriola at the law offices of Arriola, Cowan & Arriola.

Further your affiant sayeth naught.

Dated this 11 day of March, 2005.

_____
YVETTE D. TERLAJE

SUBSCRIBED and SWORN to before me by YVETTE D. TERLAJE on this 14th day of March, 2005.

_____
NOTARY PUBLIC

**AGNES M.S. MENO**
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: June 15, 2007
P.O. Box 170217 Inarajan, Guam 96917

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910





EXHIBIT
1













EXHIBIT 5