ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT
(7)

## UNITED STATES DISTRICT COURT OF GUAM

**05-00010**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, | ) CIVIL CASE NO. 03-00001 |
| Plaintiff, | ) |
| | ) **AFFIDAVIT OF JOSHUA PAULINO IN** |
| | ) **SUPPORT OF PLAINTIFF LOUIS** |
| vs. | ) **VUITTON MALLETIER'S MOTIONS** |
| | ) **FOR TEMPORARY RESTRAINING** |
| LIN'S JEWELRY CO. and DOES I | ) **ORDER, SEIZURE ORDER, ORDER TO** |
| THROUGH XX. | ) **SHOW CAUSE FOR PRELIMINARY** |
| | ) **INJUNCTION AND ORDER SEALING** |
| Defendants. | ) **FILE** |
| | ) |

**JOSHUA PAULINO**, being duly sworn, declares and states as follows:

1.    I am an Assistant Store Manager for the Louis Vuitton store at Duty Free Shoppers Tumon Bay Galleria.    Louis Vuitton Guam, Inc. is a wholly owned subsidiary of plaintiff Louis Vuitton Malletier ("LOUIS VUITTON") and has its principal place of business at 1411 Pale San Vitores Road, Suite 302, Tumon, Guam. I am a resident of Guam and am over the age of eighteen years old. I make this Affidavit in support of Plaintiff's Motion for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, and Order Sealing File. I have personal knowledge of the facts contained herein. If called as a witness I could testify as to the facts contained herein.

ORIGINAL

2.     LOUIS VUITTON has been a master trunk maker in Paris since 1854. It is a prestigious firm whose products have always been acknowledged as the "epitome of refinement." The products of LOUIS VUITTON are renowned for their unique craftsmanship and the highest standards of quality. They have been sold and distributed throughout the United States and the world under one or more of LOUIS VUITTON's trademarks, including those attached to the Verified Complaint filed herein. LOUIS VUITTON has been and now is producing, advertising, offering for sale and selling various merchandise bearing one or more of its trademarks, including trunks, luggage, travel accessories, handbags, small leather goods such as keycases, wallets, cigarette cases, belts, apparel, scarves, jewelry, and various garments and other merchandise, in interstate commerce. Using its trademarks, LOUIS VUITTON has established an outstanding reputation throughout the United States and the world as a supplier of high quality fashionable travel merchandise.

3.     The consistent high quality of LOUIS VUITTON's merchandise is known throughout the United States and the world. LOUIS VUITTON and its worldwide retail stores carefully monitor the manufacturing quality of its products and virtually all aspects of advertising, marketing and promotion of such products. As a result of LOUIS VUITTON's substantial sales, advertising, and high quality standards, its trademarks have acquired considerable value. The consuming public identifies LOUIS VUITTON as the source of products to which the marks are applied and that the products bearing its marks are of high quality and workmanship.

4.     I worked for Louis Vuitton Saipan for 15 months and I worked for Louis Vuitton Guam, Inc. for four years. Since entering the company until the present, I have been trained to identify "LOUIS VUITTON" products in order to research, investigate, and eradicate various forms of counterfeit of LOUIS VUITTON's trademarks and logos. I have received extensive training in

-2-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

the identification of counterfeit LOUIS VUITTON merchandise, including attending seminars and conferences in Korea, Hong Kong, Guam and Paris. I have identified counterfeit LOUIS VUITTON merchandise when customers bring such items in our stores to verify their authenticity. In addition, when I worked in Saipan for the Louis Vuitton store there, I identified counterfeit LOUIS VUITTON merchandise at the request of CNMI customs officials and the attorney general's office for ongoing investigations or after seizure of such items. In total, I have evaluated and identified several hundred pieces of counterfeit LOUIS VUITTON items.

5.     During my employment at LOUIS VUITTON, I have therefore come to be very familiar with the design of the products of the "LOUIS VUITTON" line including without limitation, "LOUIS VUITTON" bags, wallets, briefcases, keycases, belts, leather and leather-trimmed accessories, jewelry and other goods. I am also very familiar with the "LOUIS VUITTON" trademarks, which have become widely known and recognized throughout the world.

6.     On March 9, 2005, I was provided certain items of jewelry by Anita P. Arriola of Arriola, Cowan & Arriola. I was informed that these items were purchased at various Lin's Jewelry stores in Guam.

**The Counterfeit Bracelets Purchased at Lin's Jewelry Store at Micronesia Mall**

7.     The first item I examined was a bracelet with the "LV" logo on it; I was informed by Ms. Arriola that it was purchased at the Lin's Jewelry store at the Micronesia Mall. A true and correct copy of the photograph of the bracelet is attached hereto as Exhibit 1 (hereafter "Bracelet #1").

8.     I have examined Bracelet #1 and in my expert opinion it is a counterfeit product not manufactured on behalf of LOUIS VUITTON for the following reasons:

-3-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

a.     The clasp on the bracelet does not have the "LV" logo, as the genuine LOUIS VUITTON bracelet does, and the clasp is round, instead of square;

b.     All genuine LOUIS VUITTON jewelry has three distinctive stamps on them, which is an eagle's head; a diamond shape with the "LV" logo in the middle and an "L" on the left and a "V" on the right; and the number "750". Bracelet #1 has only the number "750" stamped on it;

c.     Bracelet #1 has a mark that states "ITALY"; the genuine LOUIS VUITTON jewelry does not have such a mark;

d.     Bracelet #1 has no serial number; the genuine LOUIS VUITTON jewelry has a serial number containing 2 letters and 3 numbers;

e.     Bracelet #1 has oval links instead of square links, which the genuine LOUIS VUITTON jewelry has;

f.     Bracelet #1 has flower shapes that are missing the small circles in the middle of the flowers.

9.     A photograph of Bracelet #1 compared with the genuine LOUIS VUITTON bracelet is attached hereto as Exhibit 2.    The genuine LOUIS VUITTON bracelet is on the right side of Exhibit 2, while Bracelet #1 is on the left of the photograph.

10.     I was also given a box and bag that contained Bracelet #1. A true and correct copy of a photograph of the box and bag containing Bracelet #1 is attached hereto as Exhibit 3. LOUIS VUITTON does not package its merchandise in the type of box or bag shown in Exhibit 3. Instead, genuine LOUIS VUITTON bracelets are put in a monogram canvas envelope, which is then inserted in box marked "LOUIS VUITTON" and placed in a brown bag also inscribed on the outside with

-4-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

the words "LOUIS VUITTON." LOUIS VUITTON provides a guarantee card with each item of LOUIS VUITTON jewelry.

11.    I was also given a second bracelet bearing the "LV" logo and was informed that this bracelet had also been purchased at the same Lin's Jewelry store at Micronesia Mall. A true and correct copy of a photograph of that bracelet is attached hereto as Exhibit 4 (hereafter "Bracelet #2").

12.    I have examined Bracelet #2 and in my expert opinion it is a counterfeit product not manufactured on behalf of LOUIS VUITTON for the following reasons:

        a.    LOUIS VUITTON does not make this style of bracelet;

        b.    The clasp on the bracelet does not have the "LV" logo, as the genuine LOUIS VUITTON bracelet does, and the clasp is heart-shaped, instead of square;

        c.    All genuine LOUIS VUITTON jewelry has three distinctive stamps on them, which is an eagle's head; a diamond shape with the "LV" logo in the middle and an "L" on the left and a "V" on the right; and the number "750". Bracelet #2 has only the number "750" stamped on it;

        d.    Bracelet #2 has a mark that states "ITALY"; the genuine LOUIS VUITTON jewelry does not have such a mark;

        e.    Bracelet #2 has no serial number; the genuine LOUIS VUITTON jewelry has a serial number containing 2 letters and 3 numbers;

        f.    Bracelet #2 has a rope chain, which LOUIS VUITTON does not produce.

13.    I was also given a box and bag that contained Bracelet #2. A true and correct copy of a photograph of the box and bag containing Bracelet #2 is attached hereto as Exhibit 5. For the

ARRIOLA. COWAN & ARRIOLA. HAGATNA. GUAM 96910

-5-

same reasons described in paragraph 10, above, LOUIS VUITTON does not package its merchandise in the type of box or bag shown in Exhibit 5.

### Counterfeit Bracelet Purchased at Lin's Jewelry Store in East Hagatna

14.     The third item I examined was another bracelet with the "LV" logo; I was informed that this bracelet was purchased at the Lin's Jewelry store in East Hagatna. A true and correct copy of a photograph of the bracelet is attached hereto as Exhibit 6 (hereafter "Bracelet #3").

15.     I have examined Bracelet #3 and in my expert opinion it is a counterfeit product not manufactured on behalf of LOUIS VUITTON for the following reasons:

      a.     LOUIS VUITTON does not make this style of bracelet;

      b.     The clasp on the bracelet does not have the "LV" logo, as the genuine LOUIS VUITTON bracelet does, and the clasp is heart-shaped with a key, instead of square;

      c.     All genuine LOUIS VUITTON jewelry has three distinctive stamps on them, which is an eagle's head; a diamond shape with the "LV" logo in the middle and an "L" on the left and a "V" on the right; and the number "750". Bracelet #3 does not have any of these stamps on it;

      d.     Bracelet #3 has a mark that states "585 ITALY"; the genuine LOUIS VUITTON jewelry does not have such a mark;

      e.     Bracelet #3 has no serial number; the genuine LOUIS VUITTON jewelry has a serial number containing 2 letters and 3 numbers;

      f.     Bracelet #3 has oval links, while the genuine LOUIS VUITTON bracelets have square links;

16.     I was also given a box and bag that contained Bracelet #3. A true and correct copy of a photograph of the box and bag containing Bracelet #3 is attached hereto as Exhibit 7. For the

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-6-

same reasons described in paragraph 10, above, LOUIS VUITTON does not package its merchandise in the type of box or bag shown in Exhibit 7.

17.    Upon information and belief, one of the investigators who purchased Bracelet #3 at the East Hagatna Lin's Jewelry store also received a free gift with her purchase, an LCD alarm clock. A true and correct copy of a photograph of the clock is attached hereto as Exhibit 8. I have examined the clock. LOUIS VUITTON does not give a free LCD alarm clock to customers with the purchase of any genuine LOUIS VUITTON merchandise.

**Counterfeit Bracelet Purchased at Lin's Jewelry Kiosk at JP Superstore, Guam Plaza Hotel**

18.    The fourth item I examined was another bracelet with the "LV" logo; I was informed that this bracelet was purchased at the Lin's Jewelry store in the JP Superstore Kiosk. A true and correct copy of a photograph of the bracelet is attached hereto as Exhibit 9 (hereafter "Bracelet #4").

19.    I have examined Bracelet #4 marked with the "LV" logo and in my expert opinion it is a counterfeit product not manufactured on behalf of LOUIS VUITTON for the following reasons:

a.    LOUIS VUITTON does not make this style of bracelet. LOUIS VUITTON produces a heart-shaped charm similar to the one on Bracelet #4, but the genuine charm has the "LV" logo engraved on the heart, instead of overlaid and raised as it is on the charm in Bracelet #4;

b.    The clasp on the bracelet does not have the "LV" logo, as the genuine LOUIS VUITTON bracelet does, and the clasp is heart-shaped with a key, instead of square;

c.    All genuine LOUIS VUITTON jewelry has three distinctive stamps on them, which is an eagle's head; a diamond shape with the "LV" logo in the middle and an "L" on the left and a "V" on the right; and the number "750". Bracelet #4 has only the "750" stamp on it;

-7-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

d. Bracelet #4 has a mark that states "ITALY"; the genuine LOUIS VUITTON jewelry does not have such a mark;

e. Bracelet #4 has no serial number; the genuine LOUIS VUITTON jewelry has a serial number containing 2 letters and 3 numbers;

f. Bracelet #4 has round and oval links, while genuine LOUIS VUITTON bracelets have square links.

20. I was also given a box and bag that contained Bracelet #4. A true and correct copy of a photograph of the box and bag containing Bracelet #4 is attached hereto as Exhibit 10. For the same reasons described in paragraph 10, above, LOUIS VUITTON does not package its merchandise in the type of box or bag shown in Exhibit 10.

21. Upon information and belief, all of the four bracelets were purchased at certain Lin's Jewelry stores at substantial discounts. Upon information and belief, Bracelet #1 was originally offered for sale at $700.00, but was sold for $300.00; Bracelet #2 was offered for sale at $790.00, but was sold for $330.00; Bracelet #3 was offered for sale at $1,138.00, but was sold for $409.00; Bracelet #4 was offered for sale at $1,338.00, but was sold for $450.00. The genuine LOUIS VUITTON jewelry is never sold at a discount; the ticket price of the genuine LOUIS VUITTON jewelry is always the price at which the jewelry is sold, unless an employee discount is used.

22. Lin's Jewelry Company is not an authorized retailer, dealer, or distributor of LOUIS VUITTON products. All of the items I examined that were purchased at the Lin's Jewelry stores prominently display counterfeit copies of the LOUIS VUITTON name, trademark or logo. The marks are identical or substantially similar to those used on genuine LOUIS VUITTON products.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-8-

However, the quality of these counterfeit products is inferior to the quality of genuine LOUIS VUITTON goods.

23.     LOUIS VUITTON vigorously pursues counterfeit goods as soon as it discovers them and has instituted suit where necessary to bring a prompt end to these unlawful and deceptive practices.   The unauthorized manufacture, distribution, exportation, importation, and sale of counterfeit LOUIS VUITTON merchandise causes confusion and deceives the consuming public as to the true source of such merchandise.   Because the counterfeit items bear copies of LOUIS VUITTON's name, logo and trademark, I believe that customers would purchase the items in the belief that they are genuine products of LOUIS VUITTON, which they are not.

24.     The actions of Lin's Jewelry in selling, offering for sale, and distributing counterfeit LOUIS VUITTON jewelry will cause substantial and irreparable damage and injury to LOUIS VUITTON and, in particular, to the valuable goodwill and reputation symbolized by the LOUIS VUITTON trademarks.   Unless the court enjoins defendant, it will continue to cause LOUIS VUITTON substantial and irreparable damage and injury.   Further, defendant's manufacture, distribution, exportation, importation and sale of counterfeit or infringing LOUIS VUITTON merchandise will cause substantial injury to LOUIS VUITTON's reputation and cause substantial sales of LOUIS VUITTON's authentic products to be lost or diverted to defendant, in an amount impossible to calculate with any certainty at the present time.

25.     Based on my training and experience, I am aware that it is a common practice of individuals and businesses involved in the trafficking of counterfeit merchandise to maintain and keep the following types of documentary evidence and other items in their place of business:

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-9-

A)    Books, records, receipts, notes, ledgers, correspondence  and other papers related to the importation and trafficking of goods containing counterfeit marks.

B)    Records, books, papers, computers, computer disks, and computer hard drives, reflecting names, addresses, telephone numbers, and other contact and identification data relating to the importation of and trafficking in goods containing counterfeit marks, including records such as telephone and address listings of suppliers and customers.

C)    Cash and currency that can be directly traced as proceeds of the sale of items containing counterfeit marks.

D)    Records, books, papers, computers, computer disks, and computer hard drives, relating to or reflecting income, expenditures, and wealth obtained through trafficking in goods containing counterfeit marks, including without limitation, money orders, wire transfers, cashier's check receipts, bank statements, passbooks, checkbooks, and check registers.

E)    Items of personal property or documents which tend to identify the person(s) using, occupying, controlling, or owning the premises, including but not limited to opened mail, leases, rental agreements, photographs, telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

26.    All of the foregoing documents are necessary, important, and material in determining the extent of the defendant's sales of counterfeit LOUIS VUITTON products, as well as in determining the suppliers, manufacturers, exporters, importers and other retailers of counterfeit LOUIS VUITTON products.  It is therefore extremely important that the Court issue an Order allowing the seizure of the above items, as well as the seizure of the counterfeit items, as they are the best evidence of defendant's illegal activities.

-10-

Further your affiant sayeth not.

Dated this ⟨11A⟩ day of March, 2005.

_____
**JOSHUA PAULINO**

SUBSCRIBED and SWORN to before me by JOSHUA PAULINO on this ⟨11th⟩ day of March, 2005.

_____
**NOTARY PUBLIC**

> **AGNES M.S. MENO**
> NOTARY PUBLIC
> In and For Guam, U.S.A.
> My Commission Expires: June 16, 2007
> P.O. Box 170217 Inarajan, Guam 96917

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-11-





PENGAD 800-631-6989

**EXHIBIT**

1





EXHIBIT

2





EXHIBIT

3

PENGAD 800-631-6989





PENGAD 800-631-6989

EXHIBIT

4









EXHIBIT
6













EXHIBIT
9



