ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

FILED
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, | ) | CIVIL CASE NO. 05-00010 |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF MAERICA M. DIZON |
| | ) | IN SUPPORT OF PLAINTIFF LOUIS |
| vs. | ) | VUITTON MALLETIER'S MOTIONS |
| | ) | FOR TEMPORARY RESTRAINING |
| LIN'S JEWELRY CO. and DOES I | ) | ORDER, SEIZURE ORDER, ORDER TO |
| THROUGH XX. | ) | SHOW CAUSE FOR PRELIMINARY |
| | ) | INJUNCTION AND ORDER SEALING |
| Defendants. | ) | FILE |

GUAM          )
              ) SS:
CITY OF HAGATNA )

**MAERICA DIZON**, being duly sworn, declares and states as follows:

1. I am a resident of Guam and over the age of eighteen. I file this Affidavit in support of Plaintiff's Motion for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Sealing File. I have personal knowledge of the facts contained herein. If called as a witness I could testify as to the facts contained herein.

2. On or about February 28, 2005, I was retained by Arriola, Cowan & Arriola to assist in an investigation of the sale of counterfeit Louis Vuitton jewelry. I was informed that Lin's Jewelry Company ("Lin's Jewelry") was selling such items and I was instructed to find out if any

counterfeit Louis Vuitton items were being sold at Lin's Jewelry, and if so, to purchase one or more of such items.

3. On February 28, 2005, at about 4:00 p.m., I visited the Lin's Jewelry store at the Micronesia Mall in Dededo, Guam. This store is located near the Foot Locker store on the first floor of the Mall.

4. On entering the store, I saw approximately five employees. There were also a few customers in the store. The first display case on the right hand side contained dozens of bracelets.

5. I was initially approached by an elderly Asian woman, about 60 years old. She greeted me and called a sales associate named Zeny to assist me. Zeny showed me some of the bracelets from the display case. I immediately noticed a bracelet with an "LV" logo. There were three identical bracelets in the display case.

6. I asked to try on one of the bracelets with the "LV" logo, and Zeny placed it on my wrist. I asked if the bracelet came in yellow gold; she took me to another display case and found none. I then asked for matching earrings, necklaces or rings. She took me to another section and showed small earrings, which matched the circular charms on the bracelet, but did not have any "LV" logo.

7. The price tag on the bracelet with the "LV" logo was $790.00. I expressed my interest in the bracelet, but told Zeny I thought the price was too high. Zeny then calculated a new price and wrote $370.00 on a piece of paper. I asked for matching necklaces or rings and Zeny asked the manager, Lillian Lin, if they had any matching ring for the bracelet. Lilillian said yes, asked for my size and then went to a rear room and retrieved a ring that matched the circular charms on the bracelet but did not have the "LV" logo. After seeing the two items, Zeny asked if I was going to

-2-

Case 1:05-cv-00010   Document 8   Filed 03/14/2005   Page 2 of 7

pay with cash or credit. I told her cash. I also told her I decided to buy only the bracelet. Zeny then asked Lillian if she could reduce the price of the bracelet. Lillian wrote $330.00 on the same piece of paper.

8. I asked Zeny where the bracelet was from, and she said that it was from Italy.

9. I paid $400.00 for the bracelet, and another sales associate named Rose took the money from me, and gave me $70.00 in change. Rose and Zeny were preparing the bracelet in a square box. I asked for a nicer box, "so it can look real." Zeny said, "No, it's not real." They provided a different box and I received a receipt for my purchase. I also received Zeny and Lillian's business cards.

10. A true and correct copy of a photograph of the bracelet I purchased is attached hereto as Exhibit 1. A true and correct copy of the receipt is attached hereto as Exhibit 2. A true and correct copy of a photograph of the box and bag given to me at the Lin's Jewelry store is attached hereto as Exhibit 3. A true and correct copy of a photograph of Zeny and Lillian's business cards are attached as Exhibit 4.

11. I gave the bracelet I purchased to Anita P. Arriola at the law offices of Arriola, Cowan & Arriola, as well as the box, bag, and receipt.

Further your affiant sayeth naught.

Dated this 11 day of March, 2005.

_____
MAERICA M. DIZON

SUBSCRIBED and SWORN to before me by MAERICA M. DIZON on this 11th day of March, 2005.

_____
NOTARY PUBLIC

-3-

AGNES M.S. MENO
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: June 16, 2007
P.O. Box 170217, Inarajan, Guam 96917

Case 1:05-cv-00010   Document 8   Filed 03/14/2005   Page 3 of 7




**PAID**
ALL SALES FINAL
LIN'S JEWELRY CO.
(MICRONESIA MALL)

EXHIBIT
2





**LIN'S**

Zeny Mansilungan
*Supervisor*

618 E. Marine Dr. • Hagatna, GU 96910-5164 USA
Tel: 1 (671) 649-1688 • Fax: 1 (671) 647-1688
Email: lins@linsjewelry.com



**LIN'S**

Lillian H. Lin
*Manager*

618 East Marine Drive • East Agana, Guam 96910
Tel: (671) 649-1688 • Fax: (671) 647-1688
Email: lins@linsjewelry.com

EXHIBIT 4