```
                                                              FILED
                                                     DISTRICT COURT OF GUAM
                                                         MAR 14 2005
                                                       MARY L.M. MORAN
                                                       CLERK OF COURT
```


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, | Civil Case No. 05-00010 |
| Plaintiff, | |
| vs. | |
| LIN'S JEWELRY CO., *et al.*, | ORDER |
| Defendants. | |

On March 14, 2005, the plaintiff came before the Court for Motions for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Sealing File. This Court granted the relief as requested. Now, pursuant to 28 U.S.C. § 636(b)(1)(B), the Court hereby refers the Preliminary Injunction to Magistrate Judge Joaquin V.E. Manibusan, Jr. to determine and make recommendation to the Court as to the appropriate disposition. The Magistrate Judge will set all applicable dates.

SO ORDERED this 14th day of March, 2005.

RONALD S.W. LEW*
Designated District Judge

---

*The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, by designation.