FILED
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>vs.<br><br>LIN'S JEWELRY CO., *et al.*,<br><br>Defendants. | Civil Case No. 05-00010<br><br><br><br>ORDER |

On March 14, 2005, the Honorable Ronald S.W. Lew granted the Plaintiff's Motions for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Sealing File. On the same date, Judge Lew referred the hearing on the preliminary injunction to the below-signed judge to determine and make recommendation to the Court as to the appropriate disposition. Judge Lew also ordered that all applicable dates be set by the Magistrate Judge. Accordingly, the hearing on the preliminary injunction is scheduled for March 24, 2005 at 10:00 a.m. The defendant's response to the Order to Show Cause shall be filed no later than March 21, 2005 at 12 noon.

SO ORDERED this 14th day of March, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL