**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Lin's Jewelry Co.*

**FILED**
DISTRICT COURT OF GUAM
MAR 16 2005
MARY L.M. MORAN
CLERK OF COURT



## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. CV05-00010 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ENTRY OF APPEARANCE** |
| ) | |
| LIN'S JEWELRY CO. and DOES I ) | |
| THROUGH XX, ) | |
| ) | |
| Defendants. ) | |

COMES NOW the law firm of Civille & Tang, PLLC, through G. Patrick Civille, Esq., and hereby enters its appearance on behalf of Defendant Lin's Jewelry Co. in the above-entitled action.

DATED at Hagåtña, Guam, this 16th day of March, 2005.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Lin's Jewelry Co.*

**ORIGINAL**

# CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on the 16th day of March, 2005, I caused the foregoing *Entry of Appearance* to be served by hand-delivery on the following:

>Arriola Cowan & Arriola
>259 Martyr Street, Suite 201
>Hagåtña, Guam 96910

DATED at Hagåtña, Guam, this 16th day of March, 2005.

**CIVILLE & TANG, PLLC**

By: *[signature]*
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Lin's Jewelry Co.*

2