# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL
### (SEALED)

FILED
DISTRICT COURT OF GUAM
MAR 17 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.** CV-05-00010   **DATE:** 03/17/2005   **TIME:** 3:34 p.m.

13

**CAPTION:** <u>LOUIS VUITTON MALLETIER - vs - LIN'S JEWELRY CO., ET AL.</u>

***

**HON. RONALD S.W. LEW, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 3:34:47 - 3:54:05

Law Clerk: Kate Wharton
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda / J. Lizama

***
**APPEARANCES**
***

**COUNSEL FOR PLAINTIFF(s):**

JOAQUIN C. ARRIOLA, JR.

ANITA ARRIOLA

**COUNSEL FOR DEFENDANT(s):**

G. PATRICK CIVILLE

JOYCE TANG

***

**PROCEEDINGS:**   **MOTION TO AMEND TEMPORARY RESTRAINING ORDER AND SEIZURE ORDER**

( X ) MOTION ARGUED BY   ( X ) PLAINTIFF   ( X ) DEFENDANT

( ) MOTION(s) ____Granted ____Denied ____Settled ____Withdrawn ____Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES: (ORAL MOTION)**

<u>Ms. Arriola expressed her concern regarding the provision in the statute regarding custodianship of the items seized from Lin's Jewelry. The Court ordered plaintiff to turn over the 23 infringing items to be sealed and secured with the Court for custodianship and to return to Lin's Jewelry the $85,000 currency. Furthermore, plaintiff shall make copies of all paper records and computer records seized within 24 hours and to return the original documents and computer hardware to Lin's Jewelry. The Court further ordered plaintiff to submit an order regarding the modification imposed for the Court's signature by noon tomorrow to include defense attorney's approval as to form and content.</u>