ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

**FILED**
DISTRICT COURT OF GUAM
MAR 1 8 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> LIN'S JEWELRY CO. and DOES I THROUGH XX. <br><br> Defendants. | CIVIL CASE NO. CV 05-00010 <br><br> **PLAINTIFF'S SUBMISSION AND DEPOSIT OF TRADEMARK INFRINGEMENT** |

Pursuant to the Orders of the Court on March 17, 2005, Plaintiff, through its undersigned counsel of record, submits and deposits herewith the counterfeit marks seized in the above-captioned matter. Annexed hereto as Exhibits 1 through 5 are the U.S. Marshal Service Seized Property and Evidence Control forms reflecting the seizure of said marks.

Dated at Hagåtña, Guam: March 18, 2005.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff
LOUIS VUITTON MALLETIER

JOAQUIN C. ARRIOLA, JR.

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
DISTRICT OF __GUAM__

# SEIZED PROPERTY AND EVIDENCE CONTROL

**RECEIVED FROM (Name and address):** LIN'S JEWELRY CO.

**CASE NO.:** CV 05-00010
**CASE TITLE:** LOUIS VUITTON V. LIN'S JEWELRY CO.

**SUBJECT (Name, address):** LIN'S JEWELRY CO. GUAM PREMIUM OUTLETS

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
|  | 1 | Charm bracelet 7" $798 | Layaway Bin |
|  | 1 | Nikon Digital Camera CoolPix 990 | Desk (Main) |
|  | 1 | IBM ThinkPad Computer | Desk (Main) |
|  | 1 | Receipt book "77 OCT 04 14K L.A." |  |
|  | 4 | No. 0001 - 0058 | Left Corner drawer bottom |
|  | 1 | IBM ThinkPad (Employee Log On) | Right Corner desk |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| MAERICA DIZON |  | 3/15/15 | [signature] |
| LETECIA G. OQUENDO |  | 3·15·05 | [signature] |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
|  | 3/15 | NAME & AGENCY: MAERICA DIZON / SIGNATURE | NAME & AGENCY: T. Aqr/7 LA / SIGNATURE |  |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |

(Over)

**PLAINTIFF'S EXHIBIT 1**

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev 04/73
Automate



UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address): LIN'S JEWELRY CO.

CASE NO.: CV05-00010
CASE TITLE: LOUIS VUITTON v. LIN'S JEWELRY CO.

SUBJECT (Name, address): LIN'S JEWELRY CO. GUAM PREMIER OUTLETS

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 1 | INVENTORY BINDER BLACK | Main desk middle drawer |
| | 1 | Daily Sales 3/07-14/2005 | " |
| | 1 | Black binder (Sales, L/A, Group Bonus, etc) | " |
| | 3 | LV Charm Bracelet 7" ($798.00) | Safe |
| $1.00 | 350 | $350.00 | Safe |
| $5.00 | 275 | $1,375.00 | " |
| ¥10,000 | 2 | ¥20,000 | " |
| ¥1000 | 1 | ¥1,000 | " |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| MAERICA DIZON | | 3/15/05 | |
| YURIKO LIN MANAGER | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | 3/15 | NAME & AGENCY: MAERICA DIZON / SIGNATURE | NAME & AGENCY: J. Arellano / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

PLAINTIFF'S EXHIBIT 2

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev 04/78

# UNITED STATES MARSHALS SERVICE
DISTRICT OF _Guam_

## SEIZED PROPERTY AND EVIDENCE CONTROL

**RECEIVED FROM (Name and address)**
Lin's Jewelry Co.

**CASE NO.** CV05-00010
**CASE TITLE** Louis Vuitton Malletier v. Lin's Jewelry Co., et al.

**SUBJECT (Name, address)**
Lin's Jewelry Co., 610 South Marine Corps Dr., Hagatna, Guam

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 11 | 1 | ~~US Currency $10.00 bill~~ | ~~Vault~~ |
| 12 | 4 | "LV" bracelets with flower designs | Display cases |
| 13 | 4 | "LV" bracelets w/ oval charms | Display cases |
| 14 | 3 | "LV" bracelets w/ black "LV" hearts | Display cases |
| 15 | 1 | Gold & silver bracelet w/ hearts engraved with "LV" | Display cases |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Anita P. Arriola | Arriola, Cowan & Arriola | 3/15/05 | Anita P. Arriola |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 11-15 | 3/15/05 | NAME & AGENCY / SIGNATURE | Daniel Muna / SIGNATURE | Seizure |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |

(Over)

PLAINTIFF'S EXHIBIT 3

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/73
Automated



UNITED STATES MARSHALS SERVICE
DISTRICT OF GUAM

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address): LIN'S JEWELRY CO.

CASE NO. 05-00010
CASE TITLE: LOUIS VUITTON MALLETIER V. LIN'S JEWELRY CO

SUBJECT (Name, address): LIN'S JEWELRY CO, MICRONESIA MALL, 1ST FLOOR CINEMA WING

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 22 | 2 | LV Bracelets | display case |
| 23 | 1 | LV Bracelet in plastic | vault area (right) far right |
| 24 | 84 | US currency $1.00 | " top shelf |
| 25 | 48 | " $5.00 | " " |
| 26 | 26 | " $10.00 | " " |
| 27 | 30 | " $20.00 | " |
| 28 | 3 | " $50.00 | " " |
| 29 | 3 | " $100.00 | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| JACQUELINE T. TERLAJE | ARRIOLA COWAN ARRIOLA | 3/15/05 | |
| Richard Lamagni | USMS | 3/15/05 | |

CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY: Refused to sign / SIGNATURE: Lillian Lin 16 MAR 05 | NAME & AGENCY / SIGNATURE 11:45 A.M. | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

PLAINTIFF'S EXHIBIT 4

Form USM-102
Rev. 04/73
Automate

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Lin's Jewelry

CASE NO. CV 05-00010
CASE TITLE: Louis Vuitton Malletier V. Lin's Jewelry Co.

SUBJECT (Name, address)
Lin's Jewelry Co. Micronesian Mall, 1st Floor, Cinema Wing

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 38 | — | Misc Cash Register receipts | Cash register main desk |
| 39 | 1 | UNOAERRE catalog | filing cabinet behind desk |
| 40 | 2 | Monthly sales report | main desk |
| 41 | 18 | Receipt books | filing cabinet (left side shelf) |
| 42 | — | Misc. Receipts | filing cabinet (right side) |
| 43 | 2 | LV bracelets | vault (right side)(jewelry filing 3rd cabinet) |
| 44 | 5 | Rings w/ flower | vault right side (far right sth) |
| 45 | 5 | Pendant w/chain (flower) | vault " (far right sth) |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| JACQUELINE T. TERLAJE | USMS | 03/15/05 | [signature] |
| Richard Lamagna | | 3/15/05 | [signature] |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY: Refused to Sign / SIGNATURE: Lillian Lin 16-MAR-05 | NAME & AGENCY / SIGNATURE: 11:45 A.M. | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

PLAINTIFF'S EXHIBIT 5

Form USM-102 Rev 04/73 Automate

(Prior Editions are Obsolete and not to be used)

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2005, a copy of the **PLAINTIFF'S SUBMISSION AND DEPOSIT OF TRADEMARK INFRINGEMENT** was served upon Defendant LIN'S JEWELRY CO., by hand-delivering a copy thereof to:

> G. PATRICK CIVILLE, ESQ.
> Civille & Tang, PLLC
> Suite 200, 330 Hernan Cortez Avenue
> Hagåtña, Guam 96910;

Dated at Hagåtña, Guam: March 18, 2005.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.