ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734



FILED
DISTRICT COURT OF GUAM
MAR 18 2005
MARY L.M. MORAN
CLERK OF COURT



Counsel for Plaintiff
LOUIS VUITTON MALLETIER

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>vs.<br><br>LIN'S JEWELRY CO. and DOES I THROUGH XX.<br><br>Defendants. | CIVIL CASE NO. 05-00010<br><br>**ORDER AMENDING TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, AND ORDER SEALING FILE** |

This matter came before the Court on March 17, 2005 on plaintiff's ex parte motion to amend the Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, and Order Sealing File issued by this Court on March 14, 2005 ("March 14, 2005 Order"), and defendants' ex parte motion for the return of certain items seized pursuant to the March 14, 2005 Order. Upon hearing the arguments of counsel and for good cause shown,

IT IS HEREBY ORDERED that all money, cash, and currency seized by the plaintiff from defendant's stores, shall be returned to defendants on March 18, 2005;

IT IS HEREBY ORDERED that plaintiff may make copies of all paper records and documents as well as all information stored in computers, computer disks, CD-roms, and computer hard drives, within twenty-four hours and shall return the originals of all paper records and

documents, computers, hard drives, CD-roms, and computer diskettes to defendant on March 18, 2005 at 4:00 p.m.;

IT IS HEREBY ORDERED that all personal property owned by defendant and having no relation to the sale, production or distribution of any infringing merchandise shall be returned to defendant; and

IT IS HEREBY ORDERED that all infringing merchandise shall be secured and filed under seal in a sealed envelope, and shall be kept in the custody of the Court.

All other provisions of the March 14, 2005 Order shall remain in full force and effect.

Dated: March 18, 2005
Time: 1:30 PM

_____
HONORABLE RONALD S.W. LEW
Designated Judge, District Court of Guam

SUBMITTED BY:

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiff

_____
ANITA P. ARRIOLA, ESQ.

APPROVED AS TO FORM AND CONTENT:

CIVILLE & TANG, P.C.
Attorneys for Defendant

_____
G. PATRICK CIVILLE, ESQ.

RECEIVED
MAR 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM