ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734



FILED
DISTRICT COURT OF GUAM
MAR 2 2 2005
MARY L.M. MORAN
CLERK OF COURT



Counsel for Plaintiff
LOUIS VUITTON MALLETIER

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>vs.<br><br>LIN'S JEWELRY CO. and DOES I THROUGH XX.<br><br>Defendants. | CIVIL CASE NO. **05-00010**<br><br>STIPULATION AND ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND UNSEALING FILE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the Temporary Restraining Order issued by this Court on March 14, 2005 in that certain Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Sealing File ("March 14, 2005 Order") is hereby extended pursuant to Federal Rule of Civil Procedure 65(b) and shall continue to apply to this action until further Order of the Court;

IT IS FURTHER STIPULATED AND AGREED, that the March 14, 2005 Order is hereby amended in that this action and all of the records and files in this matter shall be unsealed and the Clerk of the Court may remove the seal of the files;

IT IS FURTHER STIPULATED AND AGREED that the hearing currently scheduled for March 24, 2005 is hereby taken off calendar until application by either or both parties or until further Order of the Court; and

IT IS FURTHER STIPULATED AND AGREED that all other terms and provisions of the March 14, 2005 Order shall remain in full force and effect.

SO STIPULATED:

**ARRIOLA COWAN & ARRIOLA**
Attorneys for Plaintiff

_____
ANITA P. ARRIOLA, ESQ.

Dated: 3/21/05

SO STIPULATED:

**CIVILLE & TANG, P.C.**
Attorneys for Defendant

_____
G. PATRICK CIVILLE, ESQ.

Dated: 3/21/05

IT IS SO ORDERED.

Dated: 3/22/05

_____
UNITED STATES DISTRICT COURT JUDGE
FRANCES M. TYDINGCO-GATEWOOD,
DESIGNATED JUDGE

RECEIVED
MAR 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM