FILED
DISTRICT COURT OF GUAM
MAR 24 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>    Plaintiff,<br><br>vs.<br><br>LIN'S JEWELRY CO., *et al.*,<br><br>    Defendants. | Civil Case No. 05-00010<br><br><br><br>ORDER |

On March 17, 2005, this case came before the Honorable Ronald S.W. Lew for a hearing on the Plaintiff's Motion to Amend the Temporary Restraining Order and Seizure Order. At the hearing, Attorneys G. Patrick Civille and Anita Arriola advised the Court that 23 infringing items were seized from the Defendant's establishments. The Court ordered the Plaintiff to turn over the 23 infringing items, which would be secured by the Court. However, on March 18, 2005, the Plaintiff turned over to the Court's possession only 21 pieces of jewelry. Any challenges to the number of allegedly infringing items seized by the Plaintiff and secured by the Court shall be filed within ten (10) days of the filing of this Order.

SO ORDERED this 24th day of March 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL

Case 1:05-cv-00010   Document 18   Filed 03/24/2005   Page 1 of 1