ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE T. TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER




FILED
DISTRICT COURT OF GUAM
MAR 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> LIN'S JEWELRY CO. and DOES I THROUGH XX. <br><br> Defendants. | CIVIL CASE NO. 05-00010 <br><br> **DECLARATION OF ANITA P. ARRIOLA REGARDING SUMMONS AND FORM USM 285s** |

ANITA P. ARRIOLA declares:

1. I am an attorney for plaintiff Louis Vuitton Malletier in the above-captioned case. I make this Declaration Regarding Summons and Form USM 285s pursuant to the instructions of Walter M. Tenorio, deputy clerk at the United States District Court of Guam.

2. I prepared an original Summons, Verified Complaint, and other supporting documents in this action, which were filed on March 14, 2005. The original Summons was served on defendant Lin's Jewelry Co. on March 15, 2005, when the defendant was served with the Summons, Verified Complaint, Temporary Restraining Order, Seizure Order, Order to Show Cause Why Preliminary Injunction Should Not Issue, and Order Sealing File and all of the supporting motion, memorandum of points and authorities, and affidavits. It is attached to Form USM - 285 #2.

**ORIGINAL**

3. I was also informed by Mr. Tenorio that in order to file the Form USM 285s that were issued by the U.S. Marshal's Service, I would need to file them as attachments to my Declaration, otherwise they would merely be "lodged" with the court. Accordingly, I attach hereto the Form USM 285s that I prepared in part for this case.

I declare under penalty of perjury under the laws of Guam and the United States that the foregoing is true and correct.

Executed this 30th day of March, 2005 in Hagatna, Guam.

_____
**ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

## CERTIFICATE OF SERVICE

I, **ANITA P. ARRIOLA**, hereby certify that on March 30, 2005, I caused to be served the **DECLARATION OF ANITA P. ARRIOLA REGARDING SUMMONS AND FORM USM 285s** to the following:

>Patrick G. Civille, Esq.
>Civille & Tang, PLLC.
>Suite 200, 330 Hernan Cortez Avenue
>Hagatna, Guam 96910

Dated: March 30, 2005.

_____
**ANITA P. ARRIOLA**

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LOUIS VUITTON MALLETIER | CV 05-00010 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| LIN'S JEWELRY CO. | Misc. (see attached) |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LIN'S JEWELRY CO.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
610 South Marine Corps Drive
Hagatna, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Bldg.
Hagatna, Guam 96910

Number of process to be served with this Form - 285: 9/11
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

LIN'S JEWELRY CO.
610 SOUTH MARINE CORPS DRIVE
HAGATNA, GUAM

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Anita P. Arriola
TELEPHONE NUMBER: 477-9730
DATE: 3/14/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 9/11 / 93
District of Origin: 93
District to Serve: 93
Signature of Authorized USMS Deputy or Clerk
Date: 3/15/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Vincent Lin GM

**RECEIVED MAR 30 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Date of Service: 3/15/05
Time: 900 am / 600 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $1,405.35 | 1.62 | | 1,406.97 | $3,500.00 | con't on next process 2 |

REMARKS:
1/7 - Service Fee - $855.00
Fed Agents - 405.00
Guards - 145.35
Mileage - 1.62

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LOUIS VUITTON MALLETIER | CV 05-00010 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| LIN'S JEWELRY CO. | Misc. (see attached) |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LIN'S JEWELRY CO.

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Guam Plaza Hotel, 1328a Pale San Vitores Road
Tumon, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET
SUITE 201, C&A BLDG.
HAGATNA, GUAM 96910

Number of process to be served with this Form - 285: 11
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Lin's Jewelry Co.
Grand Plaza Hotel
1328a Pale San Vitores Rd., Tumon Guam
(Next to McDonald's and TGIF Restaurant on street level)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Anita P. Arriola*
TELEPHONE NUMBER: 477-9730
DATE: 3/14/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 9/11 → 93
District of Origin No. 93
District to Serve No. 93
Signature of Authorized USMS Deputy or Clerk: *Bogue*
Date: 3/15/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Olive Dejesus Sale[s]

**RECEIVED MAR 30 2005 — DISTRICT COURT OF GUAM, HAGATNA, GUAM**

Date of Service: 3/15/05
Time: 900 am / 400 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 600.00 | 4.86 | | 604.86 | 2,093.03 | Con't on next process #3 | |

REMARKS:
#2/1 - Service Fee - 495.00
Fed Agents - 105.00
Mileage - 4.86

Personnel Floated between stores - hours chged accordingly

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LOUIS VUITTON MALLETIER | CV 05-00010 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LIN'S JEWELRY CO. | Misc. (see attached) |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ LIN'S JEWELRY CO.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Guam Plaza Hotel, 1328a Pale San Vitores Road
Tumon, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET
SUITE 201, C&A BLDG.
HAGATNA, GUAM 96910

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

LIN'S JEWELRY CO.
Guam Plaza Hotel, 1328a Pale San Vitores Road
Tumon, Guam
(located inside JP Superstore in a second floor kiosk)

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 477-9730
DATE: 03/14/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 9
District of Origin No. 93
District to Serve No. 93
Signature of Authorized USMS Deputy or Clerk
Date: 3/15/05

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Yoshiko Morisheta

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/15/05
Time: 900 am / 400 pm

RECEIVED MAR 30 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 495.00 | 4.86 | | 499.86 | 1488.17 | Con't on next process #4 | |

REMARKS: #3/2  #3/7- Service Fee - 495.00
Personnel floated between stores.
Hours charged accordingly.

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| **PLAINTIFF** LOUIS VUITTON MALLETIER | **COURT CASE NUMBER** CV 05-00010 |
| **DEFENDANT** LIN'S JEWELRY CO. | **TYPE OF PROCESS** Misc. (see attached) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LIN'S JEWELRY CO.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Micronesia Mall, 1088 Marine Drive
Dededo, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET
SUITE 201, C&A BLDG.
HAGATNA, GUAM 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 9 /1/ay |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

LIN'S JEWELRY, CO.
Micronesia Mall, 1st Floor in Cinema Wing next to Footlocker

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 477-9730
DATE: 03/14/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 9 /1/ay 93
District of Origin: No. 93
District to Serve: No. 93
Date: 3/15/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Lillian Lin Branch

**RECEIVED MAR 30 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Date of Service: 3/15/05
Time: 9:00 am / 3:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 900.00 | 5.67 | | 905.67 | 988.31 | Cont' on next process #5 |

REMARKS: #6 #4/7
Service Fee - 720.00
Federal Agents - 180.00
Mileage - 5.67

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LOUIS VUITTON MALLETIER | CV 05-00010 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LIN'S JEWELRY CO. | Misc. (see attached) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

LIN'S JEWELRY CO.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Micronesia Mall, 1088 Marine Drive
Dededo, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET
SUITE 201, C&A BLDG.
HAGATNA, GUAM 96910

| Number of process to be served with this Form - 285 | 9/11 qD |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

LIN'S JEWELRY CO.
Micronesia Mall, 1st Floor in the C1 Wing, closer to Macy's

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 477-9730
DATE: 03/14/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 9/11 #50 93
District of Origin: 93
District to Serve No.: 93
Date: 3/15/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ofellia Terbio - Sales Associate

RECEIVED MAR 30 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

Date of Service: 3/15/05
Time: 9:00 am / 3:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 585.00 | 5.67 | | 590.67 | 82.64 | $508.03 |

REMARKS: #5 #7 5/7 - Service Fee - 495.00
Federal Agent - 90.00
Mileage - 5.67
Personnel floated between stores - hrs chged accordingly

Cont on next process #6

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)

Case 1:05-cv-00010   Document 19   Filed 03/30/2005   Page 8 of 10

# U.S. Department of Justice
# United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LOUIS VUITTON MALLETIER | CV 05-00010 |
| DEFENDANT | TYPE OF PROCESS |
| LIN'S JEWELRY CO. | Misc. (see attached) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

LIN'S JEWELRY CO.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Suite 104 Sateena Mall, Dededo, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN, ARRIOLA
259 Martyr Street
Suite 201, C&A Bldg.
Hagatna, Guam 96910

| Number of process to be served with this Form - 285 | 1/11/05 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Lin's Jewelry Co.
Sateena Mall, Suite 104
632-8888

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 477-9730
DATE: 3/14/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 11 | District of Origin No. 93 | District to Serve No. 93 | Signature of Authorized USMS Deputy or Clerk | Date 3/15/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Jocelyn Tenorio, Supervisor

RECEIVED MAR 30 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM con't fm #5

Date of Service: 3/15/05
Time: 900 am / 300 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 900.00 | 7.29 | | 907.29 | -508.03 | *$1,415.32 | |

REMARKS: #6/7 - Service Fee - 720.00
Federal Agents - 180.00
con't on next process #7

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LOUIS VUITTON MALLETIER | CV05-00010 |
| DEFENDANT | TYPE OF PROCESS |
| LIN'S JEWELRY CO. | Misc. (see attached) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

LIN'S JEWELRY CO.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

199 Chalan San Antonio Suite 113A Tamuning, Guam 96913

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANITA P. ARRIOLA
ARRIOLA, COWAN, ARRIOLA
259 Martyr Street
Suite 201, C&A Bldg.
Hagatna, Guam 96910

| Number of process to be served with this Form - 285 | 11 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Lin's Jewelry Co.
Guam Premier Outlets
Suite 113A
647-4032

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 477-9730
DATE: 3/14/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 11
District of Origin No. 93
District to Serve No. 93
Signature of Authorized USMS Deputy or Clerk
Date: 3/15/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Letecia Ogue... visor

RECEIVED MAR 30 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

Cont fm #6

Date of Service: 3/15/05   Time: 900 am / 500 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 808.80 | 3.24 | | 812.04 | 1,415.32 | $2227.36 |

REMARKS:
#7/7
Service Fee - 575.75
Federal Agents - 120.00
Task Force - 113.05
Mileage - 3.24

Personnel floated between stores - Hrs chgd accordingly

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)