AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
District of  Guam

LOUIS VUITTON MALLETIER,

    Plaintiff,

V.

LIN'S JEWELRY CO. and DOES I THROUGH XX,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **05-00010**



TO: (Name and address of Defendant)

LIN'S JEWELRY CO.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANITA P. ARRIOLA, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGATNA, GUAM

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

MAR 14 2005

CLERK

(By) DEPUTY CLERK      DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 03 / 15 / 05 |
| NAME OF SERVER (PRINT) John H. Curry | TITLE CI Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Lin's Jewelry Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/05       _____ CIDUSM
              Date           Signature of Server

520 West Soledad Ave.
Hagatna, Guam 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.