**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Lin's Jewelry Co.*



**FILED**
DISTRICT COURT OF GUAM
APR - 4 2005
MARY L.M. MORAN
CLERK OF COURT

21

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIN'S JEWELRY CO. and DOES I )<br>THROUGH XX, )<br>)<br>Defendants. )<br>————————————————————) | CIVIL CASE NO. CV05-00010<br><br>**STIPULATION AND ORDER**<br>**EXTENDING TIME** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, that the time within which Defendant Lin's Jewelry Co. may answer or otherwise respond

to the Complaint be extended to May 2, 2005. The basis for the extension is that the parties have

agreed to discuss settlement before incurring additional litigation costs.

SO STIPULATED.

**ARRIOLA, COWAN & ARRIOLA**

Date: **3/31/05**

By: _____
**ANITA P. ARRIOLA**
*Attorneys for Plaintiff*
*Louis Vuitton Malletier*

///

**ORIGINAL**

*Louis Vuitton Malletier v. Lin's Jewelry Co., et al.*
Civil Case No. 05-00010
Stipulation and Order of Extension

**CIVILLE & TANG, PLLC**

Date: March 31, 2005

By: _____

G. PATRICK CIVILLE
*Attorneys for Defendant*
*Lin's Jewelry Co.*

## ORDER

The stipulation of the parties is hereby APPROVED and SO ORDERED.

Date: _April 4, 2005_

_____

JOAQUIN V.E. MANIBUSAN, JR.
**U.S. Magistrate Judge**



RECEIVED

APR - 1 2005 ᴀP

DISTRICT COURT OF GUAM
HAGATNA, GUAM

2