CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Lin's Jewelry Co.*

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. CV05-00010 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING TIME** |
| LIN'S JEWELRY CO. and DOES I ) | |
| THROUGH XX, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time within which Defendant Lin's Jewelry Co. may answer or otherwise respond to the Complaint be extended to May 16, 2005. The basis for the extension is that the parties have orally agreed to a settlement and require additional time within which to prepare documents to formalize the settlement.

SO STIPULATED.

ARRIOLA, COWAN & ARRIOLA

Date: May 2, 2005          By: _____
                                ANITA P. ARRIOLA
                                *Attorneys for Plaintiff*
                                *Louis Vuitton Malletier*

///

ORIGINAL

*Louis Vuitton Malletier v. Lin's Jewelry Co., et al.*
Civil Case No. 05-00010
Stipulation and Order of Extension

CIVILLE & TANG, PLLC

Date: May 2, 2005         By: _____
                              G. PATRICK CIVILLE
                              *Attorneys for Defendant*
                              *Lin's Jewelry Co.*

## ORDER

The stipulation of the parties is hereby APPROVED and SO ORDERED.

Date: May 3, 2005

_____
JOAQUIN V.E. MANIBUSAN, JR.
**U.S. Magistrate Judge**



RECEIVED
MAY - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

Case 1:05-cv-00010    Document 23    Filed 05/04/2005    Page 2 of 2