CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Lin's Jewelry Co.*



FILED
DISTRICT COURT OF GUAM
MAY 16 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. CV05-00010 |
| Plaintiff, ) | |
| vs. ) | ANSWER TO COMPLAINT |
| LIN'S JEWELRY CO. and DOES I THROUGH XX, ) | |
| Defendants. ) | |

Lin's Jewelry Co. (hereinafter "Lin's") responds and answers the allegations in the *Verified Complaint for Trademark Infringement, Trademark Counterfeiting, False Designation of Origin, Permanent Injunction, and Damages* (hereinafter "Complaint") in the above-entitled action as follows:

### FIRST DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

As a Second Defense to the Complaint:

1. Lin's admits the allegations contained in paragraph 1 of the Complaint.

2. Lin's admits the allegations contained in paragraph 2 of the Complaint.

3. Lin's admits the allegations contained in paragraph 3 of the Complaint.

4. In response to paragraph 4 of the Complaint, Lin's admits that it is a Guam corporation licensed to do business in Guam and is conducting business in Guam, but denies the remaining allegations of paragraph 4.

5. Lin's is without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of the Complaint and therefore denies said paragraph.

6. Lin's admits the allegations contained in the first sentence of paragraph 6 of the Complaint; Lin's is without information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 6 and therefore denies said allegations.

7. Lin's admits the allegations contained in paragraph 7 of the Complaint.

8. Lin's admits the allegations contained in paragraph 8 of the Complaint.

9. Lin's admits the allegations contained in paragraph 9 of the Complaint.

10. Lin's is without information sufficient to form a belief as to the truthfulness of the allegations in paragraph 10 of the Complaint and therefore denies the allegations contained therein.

11. Lin's denies the allegations contained in paragraph 11 of the Complaint, except for the allegation that defendant is not authorized to by Louis Vuitton to sell Louis Vuitton goods.

12. Lin's denies the allegations contained in paragraph 12 of the Complaint.

13. Lin's denies the allegations contained in paragraph 13 of the Complaint.

14. Lin's denies the allegations contained in paragraph 14 of the Complaint.

15. Lin's denies the allegations contained in paragraph 15 of the Complaint.

16. Lin's denies the allegations contained in paragraph 16 of the Complaint.

17. Lin's denies the allegations contained in paragraph 17 of the Complaint.

18. As its answer to paragraph 18 of the Complaint, Lin's incorporates its answers to paragraphs 1 through 17 as though set forth fully herein.

19. Lin's denies the allegations contained in paragraph 19 of the Complaint.

20. Lin's denies the allegations contained in paragraph 20 of the Complaint.

21. Lin's denies the allegations contained in paragraph 21 of the Complaint.

22. As its answer to paragraph 22 of the Complaint, Lin's incorporates its answers to paragraphs 1 through 21 as though set forth fully herein.

23. Lin's denies the allegations contained in paragraph 23 of the Complaint.

24. Lin's denies the allegations contained in paragraph 24 of the Complaint.

25. Lin's denies the allegations contained in paragraph 25 of the Complaint.

26. As its answer to paragraph 26 of the Complaint, Lin's incorporates its answers to paragraphs 1 through 25 as though set forth fully herein.

27. Lin's denies the allegations contained in paragraph 27 of the Complaint.

28. Lin's denies the allegations contained in paragraph 28 of the Complaint.

29. Lin's denies each and every other allegation not specifically addressed hereinabove.

**PRAYER**

WHEREFORE, Lin's prays for relief as follows:

1. That the Complaint of Plaintiff be dismissed, that judgment be entered against Plaintiff and that Plaintiff take nothing thereby;

2. That Lin's recover its cost of suit; and

///

///

3. That Lin's be granted such further relief as this Court deems appropriate.

DATED at Hagåtña, Guam, this 16th day of May, 2005.

        **CIVILLE & TANG, PLLC**

        By: _____
        G. PATRICK CIVILLE
        *Attorneys for Defendant*
        *Lin's Jewelry Co.*

4

## CERTIFICATE OF SERVICE

I, G. Patrick Civille, hereby certify that on the 16th day of May, 2005, I caused a copy of the foregoing *Answer to Complaint* to be served by hand-delivery on the following:

>   Anita P. Arriola, Esq.
>   Arriola, Cowan & Arriola
>   259 Martyr Street, Suite 201
>   Hagåtña, Guam 96910

DATED at Hagåtña, Guam, this 16th day of May, 2005.

>   CIVILLE & TANG, PLLC
>
>   By: [signature]
>   **G. PATRICK CIVILLE**
>   *Attorneys for Defendant*
>   *Lin's Jewelry Co.*