DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>  Plaintiff,<br><br>vs.<br><br>LIN'S JEWELRY CO. AND DOES I THROUGH XX<br><br>  Defendants. | CIVIL CASE NO. 05-00010<br><br>**ACKNOWLEDGMENT OF U.S. TREASURY CHECK** |

I, Cassandra F. Simpliciano, hereby acknowledge receipt of U.S. Treasury check no. 00038701, in the amount of $5,000.00, dated June 8, 2005. Attached hereto is a copy of the U.S. Treasury check.

June 8, 2005
Date

Cassandra F. Simpliciano
Signature



LAW OFFICES
*Arriola, Cowan & Arriola*

JOAQUIN C. ARRIOLA
MARK E. COWAN
ANITA P. ARRIOLA
JOAQUIN C. ARRIOLA, JR.

JACQUELINE T. TERLAJE

259 MARTYR STREET, SUITE 201
C & A BUILDING
HAGÅTÑA, GUAM 96910

MAILING ADDRESS:
P.O. BOX X
HAGÅTÑA, GUAM 96932
TELEPHONE
(671) 477-9730/3
TELECOPIER
(671) 477-9734
E-MAIL
acalaw@netpci.com

June 8, 2005

TO: District Court of Guam

FROM: Anita P. Arriola, Esq.

RE: <u>Louis Vuitton Malletier vs. Lin's Jewelry Co. and Does I-XX, *et. al*</u>
District Court of Guam Civil Case No. 05-00010

The undersigned hereby authorizes Cassandra F. Simpliciano to pick up the bond and collateral in connection with the above-referenced case matter on behalf of Arriola, Cowan & Arriola.

Very truly yours,

*/s/ Anita P. Arriola*
ANITA P. ARRIOLA

RECEIVED
JUN - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM